**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
The Comet Clothing Company, LLC,  BKY 20-41592
Chapter 11

---

**REPORT OF BALLOT TABULATION**
**AS TO THE SECOND PLAN OF REORGANIZATION OF THE DEBTOR**

---

| Class A1 | Count | # | Amount | $ |
|---|---|---|---|---|
| | Deemed to Accept | 1 | Accepting | Undetermined |
| Class A2 | Count | # | Amount | |
| | Accepting | 0 | Accepting | $ |
| | Rejecting | 1 | Rejecting | $2,340,624.63 |
| | Percentage Accepting | 0% | Percentage Accepting | 0% |
| Class B | Count | # | Amount | $ |
| | Accepting | 3 | Accepting | Undetermined |
| | Rejecting | 0 | Rejecting | $0 |
| | Percentage Accepting | 100% | Percentage Accepting | 100% |
| Class C | Count | # | Amount | $ |
| | Accepting | 4 | Accepting | $1,986,095.16 |
| | Rejecting | 1 | Rejecting | $356,572.56 |
| | Percentage Accepting | 75% | Percentage Accepting | 84.78% |
| Class D | Count | # | Equity Interests | % |
| | Accepting | 4 | Accepting | 22.5% |
| | Rejecting | 0 | Rejecting | 0% |
| | Percentage Accepting | 100% | Percentage Accepting | 100% |

Pursuant to Local Rule 9011-4 the undersigned authorize the e-filing of this document with his electronic signature affixed below.

I certify under penalty of perjury that I have examined the ballots in these case and the report above is an accurate summary of those ballots to the best of my knowledge, information or belief.

Executed on: March 9, 2021

Signed: */s/ Paul L. Ratelle*
Attorney for Debtor