**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

The Comet Clothing Company, LLC,  Case No. 20-41592

Debtor.  Chapter 11 (Subchapter V)

**ORDER CONFIRMING CONSENSUAL PLAN AND FIXING TIME LIMITS**

At Saint Paul, Minnesota.

The plan filed by the Debtor, [Dkt. No. 180], was transmitted to all creditors and other parties in interest. This plan was subsequently modified and filed with the Court on March 23, 2021, dated March 9, 2021. [Dkt. No. 229]. It has now been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C § 1191(a) have been satisfied.

**IT IS THEREFORE ORDERED:**

1) CONFIRMATION OF PLAN. The plan filed by the Debtor on March 23, 2021, dated March 9, 2021, [Dkt. No. 229], is confirmed.

2) PROFESSIONAL FEES AND OTHER ADMINISTRATIVE EXPENSES. All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person, and all other requests to order payment of an administrative expense, shall be made by motion under Local Rules 2016-1 or 3002-2, and shall be served and filed within 30 days after the date of this order.

3) OBJECTIONS TO CLAIMS. All objections to proofs of claim shall be made by motion under Local Rule 3007-1, and shall be served and filed within 30 days after the date of this order, or 30 days after the claim was filed, whichever is later.

4) OTHER PROCEEDINGS. Except with respect to any and all remedies pertaining to or arising out of the Fanatics Settlement, as defined below, or the New Fanatics' Note, as defined in the plan, all motions, applications or complaints shall be filed within 60 days after the date of this order. Any time limit provided in this order may be extended or waived by the court for cause after notice and a hearing. Nothing in this order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

5) CLERK'S CHARGES AND REPORT INFORMATION. A separate order is entered to require the reporting of payments made postpetition to date of confirmation of the plan, and payments paid or to be paid thereafter, for preconfirmation debts or administrative expenses.

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/25/2021*
Lori Vosejpka, Clerk, by DT

6) NOTICE OF SUBSTANTIAL CONSUMMATION: The Debtor shall file and serve a ***Notice of substantial consummation*** as required by 11 U.S.C. § 1183(c)(2).

7) MAILING OF NOTICE. The clerk shall provide notice of entry of this order and confirmation of the plan to the entities specified in Local Rule 9013-3 and to all creditors and other parties in interest. The proponent of the plan shall provide notice of this order as notice thereof to all equity security holders of the Debtor.

8) APPROVAL OF FANATICS SETTLEMENT AND FANATICS RELEASE. The only objections to the confirmation of the plan were filed by Fanatics Retail Group (Dreams), LLC ("FRG") and Fanatics, Inc. ("Fanatics, Inc." and, together with FRG, collectively, "Fanatics") (Dkt. No. 201) (the "Plan Objections") and the only objections to the Assumption Notice were filed by Fanatics, Inc. (Dkt. No. 209) (the "Assumption Objections"). Fanatics has withdrawn its Plan Objections and its Assumption Objection on the basis, and consistent with the terms, of the settlement between Fanatics and the Debtor that is set forth in the plan and approved by this Order (the "Fanatics Settlement"). The Fanatics Settlement constitutes a good faith compromise and settlement of Fanatics' claims against the Debtor and the Debtor's claims against Fanatics. The plan is deemed a motion to approve the Fanatics Settlement pursuant to Bankruptcy Rule 9019, on the terms set forth in section 6.9 of the plan, including the treatment of FRG's claim pursuant to Section 4.2 of the plan. This Order constitutes the Court's approval of the Fanatics Settlement, as well as a finding by the Court that the Fanatics Settlement is in the best interests of the Debtor, the Estate, and Holders of Claims and Interests, and is fair, equitable and reasonable. Moreover, the Debtor has satisfied the business judgment standard with respect to the propriety of the release of Fanatics contained in the plan (the "Fanatics Release"). An integral term of the Fanatics Settlement approved by this Order is that the Investor Note, as defined in the plan, will be fully subordinated to the New Fanatics Note and the Reorganized Debtor shall not make any payment to the Investor under the Investor Note until all obligations under the New Fanatic's Note have been paid in full. The Fanatics Release is a necessary and integral element of the plan and Fanatics Settlement, is fair, reasonable, and in the best interests of the Debtor, the Estate, and Holders of Claims and Interests, and is hereby approved. The Fanatics Settlement and Fanatics Release shall be deemed nonseverable from each other and from all other terms of the plan.

9) JURISDICTION. The Bankruptcy Court retains jurisdiction as provided in the plan including, without limitation, as set forth in Article 7 of the plan and to enforce the provisions of the plan consistent with the terms of this Order.

Dated: *March 25, 2021*  
_____

/e/ William J. Fisher  
_____  
William J. Fisher  
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 20-41592-WJF |
| The Comet Clothing Company, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 26, 2021 | Form ID: pdf222 | Total Noticed: 105 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Comet Clothing Company, LLC, 6117 Blue Circle Drive, Suite 100, Minnetonka, MN 55343, UNITED STATES 55343-9178 |
| aty | + | Andrew J Gallo, Morgan, Lewis & Bockius, One Federal St, Boston, MA 02110-2012 |
| aty | + | Clara Kollm, Morgan, Lewis & Bockius, 1111 Pennsylvania Ave NW, Washigton, DC 20004-2578 |
| aty | | Edwin E Smith, Morgan, Lewis & Bockius, One Federal St, Boston, MA 02110-1726 |
| aty | + | FABYANSKE, WESTRA, HART & THOMSON PA, 333 SOUTH SEVENTH ST, STE 2600, MINNEAPOLIS, MN 55402-2437 |
| aty | + | J Kevin Fee, Morgan, Lewis & Bockius, 1111 Pennsylvania Ave NW, Washington, DC 20004-2578 |
| aty | + | Menachem O Zelmanovitz, Zelmanovitz & Associates PLLC, 1211 Avenue of Americas, 40th Flr, New York, NY 10036-8718 |
| consult | + | Go Intellectual Capital, LLC, 800 Lasalle Ave, Ste 1620, MINNEAPOLIS, MN 55402-2033 |
| intp | + | North Mill Capital LLC, c/o Maslon LLP, 3300 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402-4104 |
| 62533608 | + | 1 EDI SOURCE, 31875 SOLON ROAD, SOLON, OH 44139-3553 |
| 62533609 | #+ | 1WORLDSYNC, 1009 LENNOX DRIVE #202, LAWRENCEVILLE, NJ 08648-2321 |
| 62539529 | + | 1Worldsync, 7777 Washington Village Dr, Ste 360, Dayton, OH 45459-3958 |
| 62533610 | + | ACE PROPERTY AND CASUALTY INSURANCE COMPANY, C/O CHUBB INSURANCE, PO BOX 382001, PITTSBURGH, PA 15250-0001 |
| 62560538 | | ACE Property and Casualty Ins. Co. c/o Chubb, 202A Halls Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 62533611 | + | ALLIE KUBIK, 13284 AULDEN AVE, ROSEMOUNT, MN 55068-4790 |
| 62533612 | + | APEX, 9785 GATEWAY ROAD, ELK RIVER, MN 55330-9595 |
| 62533613 | + | BEN BROWN & COMPANY LLC, 1724 HAMPSHIRE AVE, ST PAUL, MN 55116-2456 |
| 62533614 | | BUREAU VERITAS, BLOCK 10#, YANGTZE RIVER SCIENTIFIC AND, #201 JINSHAN ROAD, JIANGYIN JIANGSU CHINA 214400 |
| 62533615 | | CENTURY DISTRIBUTION SYSTEMS, 8/F NORTH BUND BUS CTR 1050 DONGDAMING R, HONGKOU DIST SHANGHAI, CHINA 200082, CENTURY LINK PO BOX 2956 |
| 62533616 | + | CHRISTINA GEISSLER, 3606 S ANITA DRIVE, EAU CLAIRE, WI 54701-7316 |
| 62533617 | + | CHUBB INSURANCE, PO BOX 382001, PITTSBURGH, PA 15250-0001 |
| 62533618 | + | CLC COLLEGE LICENSING, ATTN ROYALTY OPERATIONS, 1075 PEACHTREE STREET SUITE 3300, ATLANTA, GA 30309-3981 |
| 62558413 | + | Choice Financial Group, Choice Bank - Cristen Purdy, 6210 Wayzata Blvd, Golden Valley, MN 55416-1252 |
| 62533620 | + | DAN STOCK, 2565 FRY STREET, ROSEVILLE, MN 55113-2810 |
| 62533621 | + | DB SPORTS SALES, INC, 22962 COUNTY RD Y, GRANTSBURG, WI 54840-9030 |
| 62533622 | + | DESIGN WIDE OPEN, 4839 57TH STREET SW, WAVERLY, MN 55390-5505 |
| 62533623 | + | DICKE, BILLIG & CZAJA, PLLC, 100 SOUTH 5TH STREET, SUITE 2250, MINNEAPOLIS, MN 55402-1235 |
| 62533624 | + | DMG CONSULTING, 2 SOUTH UNIVERSITY DRIVE, PLANTATION, FL 33324-3339 |
| 62533625 | + | DROPBOX, 1800 OWENS STREET SUITE 200, SAN FRANCISCO, CA 94158-2381 |
| 62561489 | + | Dallas Cowboys Merchandising, Ltd., Michael D. Warner, Esq., Cole Schotz P.C., 301 Commerce Street, Ste. 1700, Fort Worth, TX 76102-4126 |
| 62533627 | + | EGJBAS, LLC, 6117 BLUE CIRCLE DRIVE, SUITE 101, MINNETONKA, MN 55343-9178 |
| 62533628 | + | EXPEDITORS, 1245 TRAPP ROAD SUITE 100, EAGAN, N 55121-1289 |
| 62537980 | + | Euler Hermes Agent for Zhangjiagang Unitex Co, 800 Red Brook Blvd, Owings Mills, MD 21117-5173 |
| 62533631 | + | FANATICS LICENSED GROUP, LLC, 8221 EAGLE PALM DRIVE, RIVERVIEW, FL 33578-8893 |
| 62533630 | + | FANATICS LICENSED SPORTS GROUP, LLC, 4408 W LINEBAUGH AVE, TAMPA, FL 33624-5245 |
| 62533633 | + | FANATICS RETAIL GROUP (DREAMS), LLC, CAREN YEAMANS, GENERAL COUNSEL, 225 WASHINGTON STREET, THIRD FLOOR, CONSHOHOCKEN, PA 19428-4122 |
| 62533634 | + | FANATICS RETAIL GROUP (DREAMS), LLC, FANATICS, INC., MORGAN, LEWIS & BOCKIUS LLP, 1701 MARKET STREET, PHILADELPHIA, PA 19103-2987 ATTN RICHARD ALDRIDGE, KEVIN SHMELZER AN |

Case 20-41592   Doc 247   Filed 03/28/21   Entered 03/28/21 23:35:26   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0864-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: pdf222 | Total Noticed: 105 |

| | | |
|---|---|---|
| 62533632 | + | FANATICS, INC., ATTENTION CAREN YEAMANS, 225 WASHINGTON STREET, 3RD FLOOR, CONSHOHOCKEN, PA 19428-4122 |
| 62533635 | | FED EX, PO BOX 94515, PALATINE, IL 60094-4515 |
| 62615713 | | FEDEX CORPORATE SERVICES INC., FEDEX EXPRESS/GROUND/FREIGHT/OFFICE, 3965 AIRWAYS BLVD. MODULE G 3RD FLOOR, MEMPHIS TN 38116-5017 |
| 62533636 | | FERMATA, PO BOX 7400-8946, CHICAGO, IL 60674-8946 |
| 62561926 | + | Fanatics Retail Group (Dreams), LLC, c/o Solomon Jones, Sr. VP, Controller, a, 8100 Nations Way, Jacksonville, FL 32256-4405 |
| 62533637 | | GO INTELLECTUAL CAPITAL, PO BOX 855596, MINNEAPOLIS, MN 55485-5596 |
| 62533638 | + | GREENE SPORTS & ENTERTAINMENT, 2 SOUTH UNIVERSITY DRIVE SUITE 321, PLANTATION, FL 33324, GS1 US, 7887 WASHINGTON VILLAGE DRIVE DAYTON, OH 45459-3900 |
| 62533639 | + | HOWARD NESS, 4212 159TH STREET, URBANDALE, IA 50323-2399 |
| 62533640 | + | INDIANA UNIVERSITY, PO BOX 6268, INDIANAPOLIS, IN 46206-6268 |
| 62533641 | + | INSOURCE MEDIA, 15640 OAKHILL ROAD, MARINE ON ST. CROIX, MN 55047-9707 |
| 62533642 | | IOWA TRADEMARK LICENSING PROGRAM, 310 KHF, IOWA CITY, IA 52242 |
| 62533644 | + | J AMERICA, 445 E VAN RIPER ROAD, FOWLERVILLE, MI 48836-7931 |
| 62533647 | | JIANGGYIN HUAYOU MEDICAL MATERIALS CO., LTD., 78 DONGSHENG WEST ROAD, JIANGYIN, JIANGSU CHINA 214400 |
| 62533645 | | JIANGSU GTIG ESEN, 16F/A, GUOTAI TIMES PLAZA, RENMIN ROAD N, ZHANGJIANG, JIANGSU CHINA |
| 62533646 | | JIANGSU GTIG ESEN CO., LTD.,, C/O BROWN & JOSEPH, LLC, CHINA EXPORT &, SCHAUMBURG, IL 60159, ATTENTION: PETER GELDES |
| 62533648 | + | JOE VALERIANI-COMMISSIONS, 32 LOIS LANE, BILLERICA, MA 01821-3167 |
| 62551274 | + | Jiangsu GTIG Esen., LTD, Brown & Joseph, LLC c/o Peter Geldes, PO Box 249, Itasca, IL 60143-0249 |
| 62561105 | | Kmart Holding Corporation, Steven J. Reisman, Esq., Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022-2585 |
| 62533649 | | LURIE LLP, 2501 S WAYZATA BLVD, WAYZATA, MN 55405 |
| 62533650 | + | MAADE SEDDIKI, 3206 E LEXINGTON WAY #218, MERCER ISLAND, WA 98040-3286 |
| 62533651 | | MARK BORDEAUX, N76W23840, SUSSEX, WI 53089 |
| 62533652 | + | MARK MULDER, 14000 VALE CT, EDEN PRAIRIE, MN 55346-3016 |
| 62533653 | + | MATT ZOLLARS, 9241 34TH AVE N, NEW HOPE, MN 55427-1764 |
| 62533654 | + | MERRICK INC, 3210 LABORE ROAD, VADNAIS HEIGHTS, MN 55110-5130 |
| 62533655 | + | MICHAEL VALENZANO, 300 HARMON FIELD ROAD, TYRON, NC 28782-9631 |
| 62533656 | + | MICROSOFT, ONE MICROSOFT WAY, REDMOND, WA 98052-8300 |
| 62533657 | + | MIKE SYKES, 11259 S WHITEHALL STREET, OLATHE, KS 66061-8472 |
| 62533658 | + | MILL-TEX SPORTSWEAR CORP, 3279 GRAND ISLAND BLVD, GRAND ISLAND, NY 14072-1216 |
| 62533659 | | MINNESOTA DEPARTMENT OF REVENUE, MAIL STATION 5130, ST. PAUL, MN 55146-5130 |
| 62533660 | + | MVP LOGISTICS, 10205 10TH AVE N, SUITE A, PLYMOUTH, MN 55441-4939 |
| 62533661 | + | NASSER SHEIKH, 11601 SHADOW CREEK PKWY, UNIT 111-524, PEARLAND, TX 77584-7283 |
| 62533662 | + | NFL PROPERTIES LLC / NFL INTERNATIONAL LLC, ATTN SENIOR VICE PRESIDENT OF CONSUMER P, ATTN: OFFICE OF NFL LEAGUE COUNSEL (CONS, 345 PARK AVENUE, NEW YORK, NY 10154-0004 |
| 62533663 | + | NIELSON STUDIOS, 26515 TUCKER ROAD, ROGERS, MN 55374-9162 |
| 62533665 | + | NORTH MILL CAPITAL, LLC, MASLON LLP, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 ATTENTION: AMY J. SWEDBERG 55402-7506 |
| 62533664 | + | NORTH MILL CAPITAL, LLC, 5401 GAMBLE DRIVE SUITE 200, MINNEAPOLIS, MN 55416-1560 |
| 62533666 | | OMNI EGROUP, 6902 E 1ST STREET, SUITE 200, SCOTTSDALE, AZ 85251-5347 |
| 62560202 | | OPEN TEXT CORPORATION, 275 FRANK TOMPA DRIVE, WATERLOO ON N2L OA1 |
| 62533667 | + | OPEN TEXT GXS, 9711 WASHINGTON BLVD, SUITE 700, GAITHERSBURG, MD 20878-7393 |
| 62533668 | + | PACIFIC EMPLOYERS INSURANCE COMPANY, C/O CHUBB INSURANCE, PO BOX 382001, PITTSBURGH, PA 15250-0001 |
| 62533669 | + | PAX TAG & LABEL, 9528 EAST RUSH STREET, SOUTH EL MONTE, CA 91733-1551 |
| 62533670 | + | PHIL MCCROCKLIN, 6818 MCDEVITT DRIVE, DUBLIN, OH 43017-8650 |
| 62560536 | | Pacific Employers Insurance Company c/o Chubb, 202A Halls Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 62533671 | + | RAHEEM BABLOLA, 2352 ALLIGATOR CREEK ROAD, CLEARWATER, FL 33765-2205 |
| 62533672 | + | ROUGH HOUSE ATHLETICS, 1210 TOPSIDE ROAD, LOUISVILLE, TN 37777-5505 |
| 62533673 | | SPS, PO BOX 205782, DALLAS, TX 75320-5782 |
| 62533674 | + | STAR GARMENTS, 11601 SHADOW CREEK PKWY, 111-524, PEARLAND, TX 77584-7283 |
| 62533675 | + | STEVE SHATT, 1321 FIDDLENECK ST, FORT WORTH, TX 76177-3024 |
| 62561104 | | Steven J. Reisman, Esq., Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022-2585 |
| 62533676 | | THA 3 INTERNATIONAL, PLOT NO F-362 B 2ND FLOOR, SITE INDUSTRIAL AREA, KARACHI PAKISTAN 75700 |
| 62539531 | | THA 3 International, Plot No F-362 B 2nd Floor, Karachi Pakistan 75300 |
| 62533681 | | THE ZHANGJIAGANG UNITEX CO., LTD, YONGJIN ROAD, SUITE 390, TANGQIAO TOWN, ZHANGJIANGANG CITY, JIANGSU, CHINA 215600 |
| 62533682 | + | THE ZHANGJIANGANG UNITEX CO., LTD, C/O ALAN COZZI VP COLLECTIONS SPECIALIST, EULER HERMES COLLECTIONS NORTH AMERICA, 800 RED BROOK BOULEVARD SUITE 400C, OWINGS MILLS, MD 21117-5173 |
| 62533677 | + | TOM SCHAEFFER, 1036 STEPHEN STREET, ALLEN, TX 75013-6464 |
| 62560056 | + | Target Corporation, 7000 Target Parkway, NCF-0324, Brooklyn Park, MN 55445-4301 |
| 62547265 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 62533678 | | UL, 62045 COLLECTION CENTER DRIVE, CHICAGO, IL 60693-0620 |
| 62533680 | + | UNIMARK, 1501 WEST 178TH STREET, GARDENA, CA 90248-3203 |

| District/off: 0864-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: pdf222 | Total Noticed: 105 |

| | | |
|---|---|---|
| 62533683 | | UPS, 28013 NETWORK PLACE, CHICAGO, IL 60673-1280 |
| 62533684 | | VERIQUALITY, 1 QUEENS ROAD CENTRAL, HONG KONG CHINA |
| 62533685 | | WOTA INTL LTD, 83 DES VOUEX ROAD CENTRAL, HONG KONG CHINA |
| 62533686 | + | WWE, 1241 EAST MAIN STREET, STAMFORD, CT 06902-3520 |
| 62533687 | + | XTREME APPAREL, 21018 N 22ND STREET, PHOENIX, AZ 85024-5505 |
| 62533688 | | ZTIC, WUYUE PLAZA A YANGSHE TOWN, ROOM A1612, ZHANGJIANGANG CITY, JIANGSU CHINA, Active/086972/003/5559121 |

TOTAL: 100

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 62533619 | + Email/Text: documentfiling@lciinc.com | Mar 26 2021 23:36:00 | COMCAST BUSINESS, PO BOX 60533, CITY OF INDUSTRY, CA 91716-0533 |
| 62539526 | + Email/Text: bankruptcynotices@echo.com | Mar 26 2021 23:36:00 | ECHO GLOBAL LOGISTICS, ATTN JEFF SHORT, 600 W CHICAGO AVE STE 725, CHICAGO IL 60654-2522 |
| 62533626 | Email/Text: bankruptcynotices@echo.com | Mar 26 2021 23:36:00 | ECHO GLOBAL LOGISTICS, 22168 NETWORK PLACE, CHICAGO, IL 60673-1221 |
| 62533643 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 23:36:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 62533679 | Email/Text: accounts.receivable@uline.com | Mar 26 2021 23:37:00 | ULINE, PO BOX 88741, CHICAGO, IL 60680-1741 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Fanatics Inc. |
| intp | | Fanatics Retail Group (Dreams), LLC |
| intp | | NFL Properties, LLC, c/o DeWitt LLP, 2100 ATT Tower, Minneapolis |
| agt | | Solomon Jones |
| acc | | Thomas Sperry |
| 62533689 | | Active/086972/003/5559121.v1 |
| 62539528 | *+ | Fanatics Retail Group (Dreams), LLC, Caren Yeamans, General Counsel, 225 Washington Street, Third Floor, Conshohocken, PA 19428-4122 |
| 62533629 | ##+ | FAIR LABOR ASSOCIATION, 1111 19TH STREET NW SUITE 401, WASHINGTON, DC 20036-3603 |

TOTAL: 6 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy J. Swedberg | on behalf of Interested Party North Mill Capital LLC amy.swedberg@maslon.com  sue.sjodahl@maslon.com |
| David A. Orenstein | on behalf of Interested Party NFL Properties  LLC dao@dewittmcm.com, tmg@dewittmcm.com |
| Mary Sieling | on behalf of Trustee Mary Sieling mary@mantylaw.com  krisann@mantylaw.com;mn27@ecfcbis.com |
| Mary Sieling | mary@mantylaw.com  krisann@mantylaw.com;mn27@ecfcbis.com |
| Michael R Fadlovich | on behalf of U.S. Trustee US Trustee michael.fadlovich@usdoj.gov |
| Monica L. Clark | on behalf of Plaintiff Fanatics  Inc. clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com |
| Monica L. Clark | on behalf of Interested Party Fanatics Inc. clark.monica@dorsey.com yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com |
| Monica L. Clark | on behalf of Defendant Fanatics Retail Group (Dreams)  LLC clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com |
| Monica L. Clark | on behalf of Defendant Fanatics  Inc. clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com |
| Monica L. Clark | on behalf of Interested Party Fanatics Retail Group (Dreams)  LLC clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com |
| Paul L. Ratelle | on behalf of Plaintiff The Comet Clothing Company  LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com |
| Paul L. Ratelle | on behalf of Consultant Go Intellectual Capital  LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com |
| Paul L. Ratelle | on behalf of Debtor 1 The Comet Clothing Company  LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com |
| Paul L. Ratelle | on behalf of Defendant The Comet Clothing Company  LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Will Martin | on behalf of Interested Party Fanatics Inc. martin.will@dorsey.com  yokiel.maryjo@dorsey.com |
| Will Martin | on behalf of Defendant Fanatics Retail Group (Dreams)  LLC martin.will@dorsey.com, yokiel.maryjo@dorsey.com |
| Will Martin | on behalf of Defendant Fanatics  Inc. martin.will@dorsey.com, yokiel.maryjo@dorsey.com |
| Will Martin | on behalf of Interested Party Fanatics Retail Group (Dreams)  LLC martin.will@dorsey.com, yokiel.maryjo@dorsey.com |
| Will Martin | on behalf of Plaintiff Fanatics  Inc. martin.will@dorsey.com, yokiel.maryjo@dorsey.com |

TOTAL: 21