**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

The Comet Clothing Company, LLC,

                Debtor.

Case No. 20-41592

Chapter 11 Case, Subchapter V

## NOTICE OF HEARING AND APPLICATION FOR ALLOWANCE OF COMPENSATION FOR TRUSTEE

1. Mary F. Sieling, the Subchapter V trustee, moves the court for entry of an order approving her application for allowance of compensation.

2. The court will hold a hearing on this application at 9:30 am on Tuesday, May 4, 2021, before the Honorable William J. Fisher, in Courtroom 2B, U.S. Courthouse, 316 N. Robert Street, St. Paul, Minnesota, or as soon thereafter as counsel can be heard.

3. Any response to the relief requested herein must be filed and delivered not later than Thursday, April, 29, 2021, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This court has jurisdiction over this application under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this case under chapter 11 was filed on June 12, 2020. The case is now pending in this court.

5. This application arises under 11 U.S.C. §§ 326 and 330. This application is filed under Fed. R. Bankr. P. 2016 and Local Rules 2016-1 and 9013-4. This application was served in accordance with Local Rule 2002-1(b)(2), upon all parties listed in the debtor's creditor matrix.

6. On June 15, 2020, the Applicant was appointed as Subchapter V trustee. A copy of the notice of appointment of the applicant is attached as Exhibit A.

7. The applicant did not receive a retainer fee in this case.

8. On January 4, 2021, the Applicant was awarded compensation in the amount of $22,011.00 [ECF. No. 192], which was ordered pursuant to an application for compensation filed on November 30, 2020 [ECF No. 178]. The debtor has not yet paid the Applicant such compensation.

9. The debtor's plan of reorganization was confirmed on March 25, 2021 [ECF No. 241].

10. To the best of the Applicant's belief, there are other unpaid administrative expenses, including those owed to the law firm of Fabyanske, Westra, Hart & Thomson and Go Intellectual Capital, LLC.

11. The Applicant has not made an agreement and there is no understanding between the Applicant and any other entity for the sharing of compensation to be received for services rendered in connection with this case or in connection with this application.

12. The Applicant has performed actual and necessary services in the exercise and furtherance of her duties under the bankruptcy code. Attached as Exhibit B are statements of fees incurred November 18, 2020 through April 6, 2021, and billed at an hourly rate of $330.00. As required by Local Rule 2016-1, those statements contain an itemization of time separated by task or proceeding, (i) a description of the task or proceeding, (ii) a detailed list and description of each increment of time expended on the task or proceeding, and (iii) the name and capacity of the person who expended the time. The Applicant expended a total of 11.7 hours for services

rendered during the time described and requests allowance of compensation in the amount of $3,861.00.

13. The following sets forth in narrative form the services that the Applicant preformed in her capacity as Subchapter V trustee: correspondence by telephone and written correspondence with the debtor's attorney and the attorneys for the secured creditor regarding issues with and objections to the plan provisions in an effort to facilitate negotiations toward a consensual plan; the trustee analyzed certain court pleadings, including the modified plans, plan exhibits and the objection to the plan; and the trustee participated in the court status conferences and confirmation hearings.

14. The following table summarizes the hours spent on each area of work:

| Category | Billing Rate | Hours Billed | Billed Value |
| --- | --- | --- | --- |
| Communication with counsel re plan negotiations | $330.00 | 7.1 | $2,343.00 |
| Analyze pleadings and plan documents | $330.00 | 2.0 | $660.00 |
| Court Status Conference and Hearings | $330.00 | 2.6 | $858.00 |
| Total | | 11.7 | $3,861.00 |

15. All services for which compensation is requested were performed as the trustee or on behalf of the trustee.

16. <u>Exhibit B</u> also reflects a statement of actual costs and expenses incurred on behalf of the trustee from December 1, 2020 through April 7, 2021. Actual costs and expenses incurred on behalf of the trustee during that time totaled $446.25. Outside charges were billed at actual costs.

17. The Applicant seeks total compensation of $3,861.00 and total expenses of $446.25.

**WHEREFORE,** Applicant requests the court enter an order:

1. Allowing the Applicant compensation in the amount of $3,861.00 for fees.

2. Allowing the Applicant reimbursement of expenses in the amount of $446.25.

3. Allowing the debtor to pay Mary F. Sieling compensation for the period November 18, 2020 through April 6, 2021, in the amount of $3,861.00 and expenses in the amount of $446.25 for a total of $4,307.25.

Dated: April 7, 2021

By:/e/ *Mary F. Sieling*
Mary F. Sieling, Subchapter V Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612-465-0990
mary@mantylaw.com

**VERIFICATION**

I, Mary F. Sieling, trustee, the applicant herein, verify that I have read the foregoing application and declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated:  April 7, 2021        Mary F. Sieling

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   The Comet Clothing Company, LLC

        Debtor(s)

CASE NO.   20-41592
CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Mary F. Sieling**
**401 Second Avenue North, Suite 400**
**Minneapolis, MN   55401**
**mary@mantylaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   June 15, 2020

James L. Snyder
Acting United States Trustee
Region 12

By: */s/ James L. Snyder*

Exhibit A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE:  The Comet Clothing Company, LLC            CASE NO. 20-41592

Debtor.                                            CHAPTER 11

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $330.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: June 15, 2020                /s/_*Mary F. Sieling*_____
                                    Mary F. Sieling (#389983)
                                    401 Second Avenue North, Suite 400
                                    Minneapolis, MN 55401
                                    Phone: (612) 465-0901
                                    Email: mary@mantylaw.com

1

Exhibit A

**Manty & Associates, P.A.**
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
Fed. ID No. 26-1595352

---

Invoice submitted to:                                          April 7, 2021

Mary F. Sieling
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

In Reference To:
    Comet Clothing Company Ch. 11
    Bky Case No.:  20-41592

Invoice #14712

Professional Services

|            |                                                                                                   | Hrs/Rate           | Amount |
|------------|---------------------------------------------------------------------------------------------------|--------------------|--------|
| 11/18/2020 MFS | Call with debtor and Fanatics group re plan negotiations                                      | 0.60<br>330.00/hr  | 198.00 |
| 11/19/2020 MFS | Receive email from P. Ratelle re plan negotiations                                            | 0.20<br>330.00/hr  | 66.00  |
| 11/23/2020 MFS | Call with P. Ratelle re settlement with Fanatics                                              | 0.30<br>330.00/hr  | 99.00  |
| 11/24/2020 MFS | Email A. Gallo re settlement                                                                  | 0.20<br>330.00/hr  | 66.00  |
| 12/15/2020 MFS | Analyze second plan of reorganization filed by debtor (.5)                                    | 0.50<br>330.00/hr  | 165.00 |
| 12/16/2020 MFS | Participate in status conference (.2)                                                         | 0.20<br>330.00/hr  | 66.00  |
| 1/6/2021 MFS   | Email P. Ratelle re plan negotiations (.1)                                                    | 0.10<br>330.00/hr  | 33.00  |
| 1/11/2021 MFS  | Call with P. Ratelle re update on negotiations with Fanatics.                                 | 0.10<br>330.00/hr  | 33.00  |
| 1/14/2021 MFS  | Email P. Ratelle and A. Gallo re plan resolution (.1)                                         | 0.10<br>330.00/hr  | 33.00  |
| 1/19/2021 MFS  | Receive email from A. Gallo re plan and respond to same (.4)                                  | 0.40<br>330.00/hr  | 132.00 |
| 1/25/2021 MFS  | Analyze operating report (.3)                                                                 | 0.30<br>330.00/hr  | 99.00  |
| 1/26/2021 MFS  | Analyze objection to plan filed by FRG (.8); Call with P. Ratelle re plan and objection (.1)  | 0.90<br>330.00/hr  | 297.00 |

Mary F. Sieling
Case 20-41592   Doc 249   Filed 04/07/21   Entered 04/07/21 15:15:21   Desc Main
Document      Page 8 of 19

|  |  |  | Page 2 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |
| 1/28/2021 MFS | Draft letter to A. Gallo re plan and objection (.5) | 0.50 330.00/hr | 165.00 |
| 1/29/2021 MFS | Call with A. Gallo re plan objections | 0.40 330.00/hr | 132.00 |
| 2/1/2021 MFS | Prepare for preliminary hearing on confirmation (.3); Participate in preliminary hearing on confirmation (1.1); call with P. Ratelle on plan negotiations (.3); email A. Gallo re plan negotiations (.1) | 1.80 330.00/hr | 594.00 |
| 2/2/2021 MFS | Receive email from A. Gallo re settlement and analyze position (.3); call with P. Ratelle re settlement (.3); review debtor's offer and respond to P. Ratelle with comments (.4) | 1.00 330.00/hr | 330.00 |
| 2/3/2021 MFS | Call with P. Ratelle re plan negotiations (.2); email A. Gallo re same (.3); second call with P. Ratelle re negotiation (.1); email A. Gallo re same (.1) | 0.70 330.00/hr | 231.00 |
| 2/4/2021 MFS | Call with P. Ratelle and A. Gallo re proposed plan revisions (.2); call with P. Ratelle re same (.1); email clerk re continuance (.1) | 0.40 330.00/hr | 132.00 |
| 2/10/2021 MFS | Email with P. Ratelle re plan settlement progress | 0.10 330.00/hr | 33.00 |
| 2/11/2021 MFS | Review subordination agreement and email P. Ratelle re same (.4) | 0.40 330.00/hr | 132.00 |
| 2/19/2021 MFS | Call with P. Ratelle re status of plan negotiations (.2); email clerk re continued hearing (.1) | 0.30 330.00/hr | 99.00 |
| 2/24/2021 MFS | Call with P. Ratelle re status of plan negotiations (.2) | 0.20 330.00/hr | 66.00 |
| 2/25/2021 MFS | Participate in Status conference re confirmation | 0.30 330.00/hr | 99.00 |
| 3/9/2021 MFS | Call with P. Ratelle re plan negotiations (.2); email P. Ratelle re revision to plan (.1) | 0.30 330.00/hr | 99.00 |
| 3/10/2021 MFS | Attend status conference on plan confirmation (.2); Call with P. Ratelle on status of negotiations (.2) | 0.40 330.00/hr | 132.00 |
| 3/16/2021 MFS | Email with P. Ratelle re update on plan settlement | 0.10 330.00/hr | 33.00 |
| 3/24/2021 MFS | Review proposed confirmation order (.2); email P. Ratelle re comments on changes (.2) | 0.40 330.00/hr | 132.00 |
| 3/25/2021 MFS | Participate in confirmation hearing. | 0.50 330.00/hr | 165.00 |
| | **For professional services rendered** | **11.70** | **$3,861.00** |

Page        3

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/1/2020 | Service Fee | 231.00 |
| 4/7/2021 | Service Fee | 215.25 |
|  | **Total additional charges** | **$446.25** |
|  | **Total amount of this bill** | **$4,307.25** |
|  | **Previous balance** | **$22,011.00** |
|  | Balance due | $26,318.25 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Mary Sieling | 11.70 | 330.00 | $3,861.00 |

Exhibit B

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. 20-41592

The Comet Clothing Company, LLC,

        Debtor.

## ORDER

This matter came before the court on the motion of Mary F. Sieling, Subchapter V trustee, for allowance of compensation.

IT IS ORDERED:

1. The application is allowed in the amount of $3,861.00 for fees and $446.25 for expenses.

2. The debtor is authorized to pay Mary F. Sieling the sum of $4,307.25 which represents total fees incurred from November 18, 2020 through April 6, 2021 in the amount of $3,861.00 and expenses in the amount of $446.25.

Dated:

                                            William J. Fisher
                                            United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>The Comet Clothing Company, LLC | CASE NO: 20-41592<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 4/7/2021, I did cause a copy of the following documents, described below,

Notice of Hearing and Application for Allowance of Compensation for Trustee

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/7/2021

/s/ Mary F. Sieling
Mary F. Sieling
Subchapter V Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

The Comet Clothing Company, LLC

CASE NO: 20-41592

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 4/7/2021, a copy of the following documents, described below,

Notice of Hearing and Application for Allowance of Compensation for Trustee

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/7/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary F. Sieling
Subchapter V Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
ROBERT TRUAX CEO
THE COMET CLOTHING COMPANY LLC
6117 BLUE CIRCLE DRIVE STE 100
MINNETONKA MN 55343

FIRST CLASS
ERICA H MACDONALD
US ATTORNEY FOR DISTRICT OF MN
316 N ROBERT ST SUITE 404
ST PAUL MN 55101

FIRST CLASS
CHARLES P RETTIG COMMISSIONER
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

FIRST CLASS
CYNTHIA BAUERLY REVENUE COMMISSIONER
MN DEPT OF REVENUE   COLLECTION DIV
PO BOX 64564
ST PAUL MN 55146-0564

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 20-41592
DISTRICT OF MINNESOTA
MINNEAPOLIS
WED APR 7 14-50-41 CDT 2021

FABYANSKE WESTRA HART  THOMSON PA
333 SOUTH SEVENTH ST
STE 2600
MINNEAPOLIS MN 55402-2437

GO INTELLECTUAL CAPITAL LLC
800 LASALLE AVE
STE 1620
MINNEAPOLIS MN 55402-2033

CM/ECF E-SERVICE
(+) NORTH MILL CAPITAL LLC
CO MASLON LLP
3300 WELLS FARGO CENTER
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402-4104

DEBTOR
THE COMET CLOTHING COMPANY LLC
6117 BLUE CIRCLE DRIVE
SUITE 100
MINNETONKA MN 55343-9178

EXCLUDE
MINNEAPOLIS
301 DIANA E MURPHY US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415 1320

1 EDI SOURCE
31875 SOLON ROAD
SOLON OH 44139-3553

1WORLDSYNC
1009 LENNOX DRIVE 202
LAWRENCEVILLE NJ 08648-2321

1WORLDSYNC
7777 WASHINGTON VILLAGE DR
STE 360
DAYTON OH 45459-3958

ACE PROPERTY AND CASUALTY INSURANCE COMPANY
CO CHUBB INSURANCE
PO BOX 382001
PITTSBURGH PA 15250-0001

ACE PROPERTY AND CASUALTY INS CO CO CHUBB
202A HALLS MILL ROAD  2E
WHITEHOUSE STATION NJ 08889

ALLIE KUBIK
13284 AULDEN AVE
ROSEMOUNT MN 55068-4790

APEX
9785 GATEWAY ROAD
ELK RIVER MN 55330-9595

BEN BROWN  COMPANY LLC
1724 HAMPSHIRE AVE
ST PAUL MN 55116-2456

INTERNATIONAL
BUREAU VERITAS
BLOCK 10 YANGTZE RIVER SCIENTIFIC
201 JINSHAN ROAD
JIANGYIN JIANGSU CHINA 214400

INTERNATIONAL
CENTURY DISTRIBUTION SYSTEMS
8F NORTH BUND BUS CTR 1050 DONGDAMING R
HONGKOU DIST SHANGHAI
CHINA 200082

CHRISTINA GEISSLER
3606 S ANITA DRIVE
EAU CLAIRE WI 54701-7316

CHUBB INSURANCE
PO BOX 382001
PITTSBURGH PA 15250-0001

CLC COLLEGE LICENSING
ATTN ROYALTY OPERATIONS
1075 PEACHTREE STREET SUITE 3300
ATLANTA GA 30309-3981

COMCAST BUSINESS
PO BOX 60533
CITY OF INDUSTRY CA 91716-0533

CHOICE FINANCIAL GROUP
CHOICE BANK   CRISTEN PURDY
6210 WAYZATA BLVD
GOLDEN VALLEY MN 55416-1252

DAN STOCK
2565 FRY STREET
ROSEVILLE MN 55113-2810

DB SPORTS SALES INC
22962 COUNTY RD Y
GRANTSBURG WI 54840-9030

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DESIGN WIDE OPEN                        DICKE BILLIG  CZAJA PLLC             DMG CONSULTING
4839 57TH STREET SW                     100 SOUTH 5TH STREET                 2 SOUTH UNIVERSITY DRIVE
WAVERLY MN 55390-5505                   SUITE 2250                           PLANTATION FL 33324-3339
                                        MINNEAPOLIS MN 55402-1235


DROPBOX                                 DALLAS COWBOYS MERCHANDISING LTD     ECHO GLOBAL LOGISTICS
1800 OWENS STREET SUITE 200             MICHAEL D WARNER ESQ                 22168 NETWORK PLACE
SAN FRANCISCO CA 94158-2381             COLE SCHOTZ PC                       CHICAGO IL 60673-1221
                                        301 COMMERCE STREET STE 1700
                                        FORT WORTH TX 76102-4126


ECHO GLOBAL LOGISTICS                   EGJBAS LLC                           EXPEDITORS
ATTN JEFF SHORT                         6117 BLUE CIRCLE DRIVE               1245 TRAPP ROAD SUITE 100
600 W CHICAGO AVE STE 725               SUITE 101                            EAGAN MN 55121-1289
CHICAGO IL 60654-2522                   MINNETONKA MN 55343-9178


EULER HERMES AGENT FOR ZHANGJIAGANG     FAIR LABOR ASSOCIATION               FANATICS LICENSED GROUP LLC
UNITEX C                                1111 19TH STREET NW SUITE 401        8221 EAGLE PALM DRIVE
800 RED BROOK BLVD                      WASHINGTON DC 20036-3603             RIVERVIEW FL 33578-8893
OWINGS MILLS MD 21117-5173


FANATICS LICENSED SPORTS GROUP LLC      FANATICS RETAIL GROUP DREAMS LLC     FANATICS RETAIL GROUP DREAMS LLC
4408 W LINEBAUGH AVE                    CAREN YEAMANS GENERAL COUNSEL        FANATICS INC
TAMPA FL 33624-5245                     225 WASHINGTON STREET THIRD FLOOR    MORGAN LEWIS  BOCKIUS LLP
                                        CONSHOHOCKEN PA 19428-4122           1701 MARKET STREET
                                                                             PHILADELPHIA PA 19103-2987


CM/ECF E-SERVICE
(+) FANATICS INC                        FED EX                               FEDEX CORPORATE SERVICES INC
ATTENTION CAREN YEAMANS                 PO BOX 94515                         FEDEX EXPRESSGROUNDFREIGHTOFFICE
225 WASHINGTON STREET 3RD FLOOR         PALATINE IL 60094-4515               3965 AIRWAYS BLVD MODULE G 3RD FLOOR
CONSHOHOCKEN PA 19428-4122                                                   MEMPHIS TN 38116-5017


                                                                             CM/ECF E-SERVICE
FERMATA                                 FANATICS RETAIL GROUP DREAMS LLC     (+) GO INTELLECTUAL CAPITAL
PO BOX 74008946                         CO SOLOMON JONES SR VP CONTROLLER A  PO BOX 855596
CHICAGO IL 60674-8946                   8100 NATIONS WAY                     MINNEAPOLIS MN 55485-5596
                                        JACKSONVILLE FL 32256-4405


GREENE SPORTS  ENTERTAINMENT            HOWARD NESS                          INDIANA UNIVERSITY
2 SOUTH UNIVERSITY DRIVE SUITE 321      4212 159TH STREET                    PO BOX 6268
PLANTATION FL 33324                     URBANDALE IA 50323-2399              INDIANAPOLIS IN 46206-6268


INSOURCE MEDIA                          IOWA TRADEMARK LICENSING PROGRAM     IRS
15640 OAKHILL ROAD                      310 KHF                              PO BOX 7346
MARINE ON ST CROIX MN 55047-9707        IOWA CITY IA 52242                   PHILADELPHIA PA 19101-7346
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| J AMERICA<br>445 E VAN RIPER ROAD<br>FOWLERVILLE MI 48836-7931 | INTERNATIONAL<br>JIANGGYIN HUAYOU MEDICAL MATERIALS CO LTD<br>78 DONGSHENG WEST ROAD<br>JIANGYIN JIANGSU CHINA 214400 | INTERNATIONAL<br>JIANGSU GTIG ESEN<br>16FA GUOTAI TIMES PLAZA RENMIN ROAD N<br>ZHANGJIANG JIANGSU CHINA |
| JIANGSU GTIG ESEN CO LTD<br>CO BROWN   JOSEPH LLC CHINA EXPORT<br>ATTENTION- PETER GELDES<br>SCHAUMBURG IL 60159 | JOE VALERIANI COMMISSIONS<br>32 LOIS LANE<br>BILLERICA MA 01821-3167 | JIANGSU GTIG ESEN LTD<br>BROWN   JOSEPH LLC CO PETER GELDES<br>PO BOX 249<br>ITASCA IL 60143-0249 |
| KMART HOLDING CORPORATION<br>STEVEN J REISMAN ESQ<br>KATTEN MUCHIN ROSENMAN LLP<br>575 MADISON AVENUE<br>NEW YORK NY 10022-2585 | LURIE LLP<br>2501 S WAYZATA BLVD<br>WAYZATA MN 55405 | MAADE SEDDIKI<br>3206 E LEXINGTON WAY 218<br>MERCER ISLAND WA 98040-3286 |
| MARK BORDEAUX<br>N76W23840<br>SUSSEX WI 53089 | MARK MULDER<br>14000 VALE CT<br>EDEN PRAIRIE MN 55346-3016 | MATT ZOLLARS<br>9241 34TH AVE N<br>NEW HOPE MN 55427-1764 |
| MERRICK INC<br>3210 LABORE ROAD<br>VADNAIS HEIGHTS MN 55110-5130 | MICHAEL VALENZANO<br>300 HARMON FIELD ROAD<br>TYRON NC 28782-9631 | MICROSOFT<br>ONE MICROSOFT WAY<br>REDMOND WA 98052-8300 |
| MIKE SYKES<br>11259 S WHITEHALL STREET<br>OLATHE KS 66061-8472 | MILL TEX SPORTSWEAR CORP<br>3279 GRAND ISLAND BLVD<br>GRAND ISLAND NY 14072-1216 | MINNESOTA DEPARTMENT OF REVENUE<br>MAIL STATION 5130<br>ST PAUL MN 55146-5130 |
| MVP LOGISTICS<br>10205 10TH AVE N<br>SUITE A<br>PLYMOUTH MN 55441-4939 | NASSER SHEIKH<br>11601 SHADOW CREEK PKWY<br>UNIT 111-524<br>PEARLAND TX 77584-7283 | NFL PROPERTIES LLC   NFL INTERNATIONAL LLC<br>ATTN SENIOR VICE PRESIDENT OF CONSUMER P<br>ATTN- OFFICE OF NFL LEAGUE COUNSEL CON<br>345 PARK AVENUE<br>NEW YORK NY 10154-0004 |
| NIELSON STUDIOS<br>26515 TUCKER ROAD<br>ROGERS MN 55374-9162 | CM/ECF E-SERVICE<br>(+) NORTH MILL CAPITAL LLC<br>5401 GAMBLE DRIVE SUITE 200<br>MINNEAPOLIS MN 55416-1560 | CM/ECF E-SERVICE<br>(+) NORTH MILL CAPITAL LLC<br>MASLON LLP<br>3300 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402 |
| OMNI EGROUP<br>6902 E 1ST STREET<br>SUITE 200<br>SCOTTSDALE AZ 85251-5347 | CANADA<br>OPEN TEXT CORPORATION<br>275 FRANK TOMPA DRIVE<br>WATERLOO ON N2L OA1 | OPEN TEXT GXS<br>9711 WASHINGTON BLVD<br>SUITE 700<br>GAITHERSBURG MD 20878-7393 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>CO CHUBB INSURANCE<br>PO BOX 382001<br>PITTSBURGH PA 15250-0001 | PAX TAG  LABEL<br>9528 EAST RUSH STREET<br>SOUTH EL MONTE CA 91733-1551 | PHIL MCCROCKLIN<br>6818 MCDEVITT DRIVE<br>DUBLIN OH 43017-8650 |
| PACIFIC EMPLOYERS INSURANCE COMPANY CO CHUB<br>202A HALLS MILL ROAD  2E<br>WHITEHOUSE STATION NJ 08889 | RAHEEM BABLOLA<br>2352 ALLIGATOR CREEK ROAD<br>CLEARWATER FL 33765-2205 | ROUGH HOUSE ATHLETICS<br>1210 TOPSIDE ROAD<br>LOUISVILLE TN 37777-5505 |
| SPS<br>PO BOX 205782<br>DALLAS TX 75320-5782 | STAR GARMENTS<br>11601 SHADOW CREEK PKWY<br>111-524<br>PEARLAND TX 77584-7283 | STEVE SHATT<br>1321 FIDDLENECK ST<br>FORT WORTH TX 76177-3024 |
| STEVEN J REISMAN ESQ<br>KATTEN MUCHIN ROSENMAN LLP<br>575 MADISON AVENUE<br>NEW YORK NY 10022-2585 | INTERNATIONAL<br>THA 3 INTERNATIONAL<br>PLOT NO F362 B 2ND FLOOR<br>SITE INDUSTRIAL AREA<br>KARACHI PAKISTAN 75700 | INTERNATIONAL<br>THA 3 INTERNATIONAL<br>PLOT NO F362 B 2ND FLOOR<br>KARACHI PAKISTAN 75300 |
| INTERNATIONAL<br>THE ZHANGJIAGANG UNITEX CO LTD<br>YONGJIN ROAD SUITE 390<br>TANGQIAO TOWN<br>ZHANGJIANGANG CITY<br>JIANGSU CHINA 215600 | THE ZHANGJIANGANG UNITEX CO LTD<br>CO ALAN COZZI VP COLLECTIONS SPECIALIST<br>EULER HERMES COLLECTIONS NORTH AMERICA<br>800 RED BROOK BOULEVARD SUITE 400C<br>OWINGS MILLS MD 21117-5173 | TOM SCHAEFFER<br>1036 STEPHEN STREET<br>ALLEN TX 75013-6464 |
| TARGET CORPORATION<br>7000 TARGET PARKWAY NCF0324<br>BROOKLYN PARK MN 55445-4301 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | CM/ECF E-SERVICE<br>(+) UL<br>62045 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-0620 |
| ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | UNIMARK<br>1501 WEST 178TH STREET<br>GARDENA CA 90248-3203 | UPS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673-1280 |
| CM/ECF E-SERVICE<br>(+) US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | INTERNATIONAL<br>VERIQUALITY<br>1 QUEENS ROAD CENTRAL<br>HONG KONG CHINA | INTERNATIONAL<br>WOTA INTL LTD<br>83 DES VOUEX ROAD CENTRAL<br>HONG KONG CHINA |
| WWE<br>1241 EAST MAIN STREET<br>STAMFORD CT 06902-3520 | XTREME APPAREL<br>21018 N 22ND STREET<br>PHOENIX AZ 85024-5505 | INTERNATIONAL<br>ZTIC<br>WUYUE PLAZA A YANGSHE TOWN<br>ROOM A1612<br>ZHANGJIANGANG CITY JIANGSU CHINA |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF DESIGNATED AS "CM/ECF E-SERVICE" WILL RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE

(+) MARY SIELING
150 SOUTH FIFTH STREET
SUITE 3125
MINNEAPOLIS MN 55402-4221

PAUL L RATELLE
FABYANSKE WESTRA HART  THOMSON
333 S 7TH ST
SUITE 2600
MINNEAPOLIS MN 55402-2437

GS1 US
7887 WASHINGTON VILLAGE DRIVE
DAYTON OH 45459-3900

ADDRESSES WHERE PAPER COPIES OF THE ABOVE DOCUMENT WERE SERVED VIA U.S. MAIL E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

Sarah J Wencil
US Trustee Office
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sarah.J.Wencil@usdoj.gov

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415
represented by:
Michael R Fadlovich
US Trustee Office
1015 US Courthouse
300 South Fouth St
Minneapolis, MN 55415

michael.fadlovich@usdoj.gov

Paul L. Ratelle
Fabyanske Westra Hart & Thomson
333 S 7th St
Suite 2600
Minneapolis, MN 55402

pratelle@fwhtlaw.com

The Comet Clothing Company, LLC
6117 Blue Circle Drive
Suite 100
Minnetonka, MN 55343United States
Tax ID / EIN: 20-8438417
(Debtor 1)
represented by:
FABYANSKE, WESTRA, HART & THOMSON PA
333 SOUTH SEVENTH ST
STE 2600
MINNEAPOLIS, MN 55415

pratella@fwhtlaw.com

(Trustee)
Mary Sieling
150 South Fifth Street
Suite 3125
Minneapolis, MN 55401
represented by:
Mary Sieling
401 Second Ave N
Ste 400
Minneapolis, MN 55401

mary@mantylaw.com

(Interested Party)
North Mill Capital LLC
c/o Maslon LLP
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
represented by:
Amy J. Swedberg
Maslon LLP
3300 Wells Fargo Center
90 S 7th St
Minneapolis, MN 55402

amy.swedberg@maslon.com

Menachem O Zelmanovitz
Zelmanovitz & Associates PLLC
1211 Avenue of Americas
40th Flr
New York, NY 10036

(Interested Party)
NFL Properties, LLC
c/o DeWitt LLP
2100 ATT Tower
Minneapolis
represented by:
David A. Orenstein
DeWitt Mackall Crounse & Moore S.C
1400 AT&T Tower
901 Marquette Ave
Minneapolis, MN 55402

dao@dewittmcm.com

Go Intellectual Capital, LLC
800 Lasalle Ave
Ste 1620
MINNEAPOLIS, MN 55402
(Consultant)
represented by:
Paul L. Ratelle
Fabyanske Westra Hart & Thomson
333 S 7th St
Suite 2600
Minneapolis, MN 55402

pratelle@fwhtlaw.com

Edwin E Smith
Morgan, Lewis & Bockius
One Federal St
Boston, MA 02110-1726

Will Martin
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

martin.will@dorsey.com

Clara Kollm
Morgan, Lewis & Bockius
1111 Pennsylvania Ave NW
Washigton, DC 20004-2541

ADDRESSES WHERE EMAIL ADDRESSES ARE NOT PRESENT ABOVE WERE SERVED VIA OTHER THAN E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

Andrew J Gallo
Morgan, Lewis & Bockius
One Federal St
Boston, MA 02110-1728

J Kevin Fee
Morgan, Lewis & Bockius
1111 Pennsylvania Ave NW
Washington, DC 20004-2541

(Interested Party)
Fanatics Retail Group (Dreams), LLC
represented by:
Monica L. Clark
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

clark.monica@dorsey.com

Will Martin
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

martin.will@dorsey.com

Clara Kollm
Morgan, Lewis & Bockius
1111 Pennsylvania Ave NW
Washigton, DC 20004-2541

Andrew J Gallo
Morgan, Lewis & Bockius
One Federal St
Boston, MA 02110-1728

J Kevin Fee
Morgan, Lewis & Bockius
1111 Pennsylvania Ave NW
Washington, DC 20004-2541

(Interested Party)
Fanatics Inc.
represented by:
Monica L. Clark
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

clark.monica@dorsey.com