UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****

In re:

The Comet Clothing Company, LLC.                    Court File No. 20-41592

        Debtor.

                                          Judge William J. Fisher

****

**AMENDED ORDER FOR TELEPHONIC STATUS CONFERENCE**

****

At Saint Paul, Minnesota

     A status conference in this chapter 11 case shall be convened on **_April 22, 2021 at 2:30 p.m._**  The conference will be held telephonically before Judge William J. Fisher. The attorney for the debtor is required to appear.  Any other party in interest may attend the conference. The conference will be held telephonically before Judge William J. Fisher. The calendar clerk will distribute telephonic instructions prior to the hearing.

                                                BY THE COURT:

DATED:  April 8, 2021

                                              /e/ William J. Fisher
                                              _____
                                              WILLIAM J. FISHER
                                              UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/08/2021
Lori Vosejpka, Clerk, by KN