**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | |

---

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF SECOND
AMENDED SECOND PLAN OF REORGANIZATION OF THE DEBTOR**

---

**PLEASE TAKE NOTICE:**

On March 25, 2021, the United States Bankruptcy Court for the District of Minnesota entered an *Order Confirming Consensual Plan and Fixing Time Limits* (the "Confirmation Order") confirming the *Second Amended Second Plan of Reorganization of the Debtor* (Dkt. No. 229, the "Plan").

In accordance with Section 11.2 of the Plan, The Comet Clothing Company, LLC, the above-named debtor and proponent of the Plan, hereby provides notice that the Effective Date of the Plan occurred on April 9, 2021.

Dated:  April 9, 2021         **FABYANSKE, WESTRA, HART& THOMSON, P.A.**

By:    */s/ Paul L. Ratelle*
Paul L. Ratelle (MN #127632)
333 South Seventh Street
Suite 2600
Minneapolis, MN 55402
612-359-7600
612-359-7602 (f)
Email: pratelle@fwhtlaw.com

*ATTORNEYS FOR THE COMET CLOTHING COMPANY, LLC*