UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:

The Comet Clothing Company, LLC.                                Court File No. 20-41592

       Debtor.

                                           Judge William J. Fisher

****************************************************************************************************
**ORDER FOR TELEPHONIC STATUS CONFERENCE**
****************************************************************************************************

At Saint Paul, Minnesota

     A status conference in this chapter 11 case shall be convened on ***April 22, 2021 at 1:30 p.m.*** The conference will be held telephonically before Judge William J. Fisher. The attorney for the debtor, the Trustee, the U.S. Trustee and the attorney for Fanatics, Inc. and Fanatics Retail Group (Dream) LLC, are all required to appear. Any other party in interest may attend the conference. The conference will be held telephonically before Judge William J. Fisher. The calendar clerk will distribute telephonic instructions prior to the hearing.

                                           BY THE COURT:

                                           /e/ William J. Fisher

DATED:   *April 7, 2021*                   _____
                                           WILLIAM J. FISHER
                                           UNITED STATES BANKRUPTCY JUDGE

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on 04/07/2021
> Lori Vosejpka, Clerk, by KN

United States Bankruptcy Court

District of Minnesota

In re:  
The Comet Clothing Company, LLC  
    Debtor

Case No. 20-41592-WJF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 2  
Date Rcvd: Apr 07, 2021     Form ID: pdf111     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Andrew J Gallo, Morgan, Lewis & Bockius, One Federal St, Boston, MA 02110-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Amy J. Swedberg  
    on behalf of Interested Party North Mill Capital LLC amy.swedberg@maslon.com  sue.sjodahl@maslon.com

David A. Orenstein  
    on behalf of Interested Party NFL Properties  LLC dao@dewittmcm.com, tmg@dewittmcm.com

Mary Sieling  
    mary@mantylaw.com  krisann@mantylaw.com;mn27@ecfcbis.com

Mary Sieling  
    on behalf of Trustee Mary Sieling mary@mantylaw.com  krisann@mantylaw.com;mn27@ecfcbis.com

Michael R Fadlovich  
    on behalf of U.S. Trustee US Trustee michael.fadlovich@usdoj.gov

Monica L. Clark  
    on behalf of Defendant Fanatics Retail Group (Dreams)  LLC clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

| District/off: 0864-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: pdf111 | Total Noticed: 1 |

Monica L. Clark
    on behalf of Defendant Fanatics Inc. clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

Monica L. Clark
    on behalf of Interested Party Fanatics Retail Group (Dreams) LLC clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

Monica L. Clark
    on behalf of Plaintiff Fanatics Inc. clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

Monica L. Clark
    on behalf of Interested Party Fanatics Inc. clark.monica@dorsey.com yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

Paul L. Ratelle
    on behalf of Consultant Go Intellectual Capital LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com

Paul L. Ratelle
    on behalf of Debtor 1 The Comet Clothing Company LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com

Paul L. Ratelle
    on behalf of Defendant The Comet Clothing Company LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com

Paul L. Ratelle
    on behalf of Plaintiff The Comet Clothing Company LLC pratelle@fwhtlaw.com, lsmith@fwhtlaw.com

Sarah J Wencil
    on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

Will Martin
    on behalf of Defendant Fanatics Inc. martin.will@dorsey.com, yokiel.maryjo@dorsey.com

Will Martin
    on behalf of Interested Party Fanatics Retail Group (Dreams) LLC martin.will@dorsey.com, yokiel.maryjo@dorsey.com

Will Martin
    on behalf of Plaintiff Fanatics Inc. martin.will@dorsey.com, yokiel.maryjo@dorsey.com

Will Martin
    on behalf of Interested Party Fanatics Inc. martin.will@dorsey.com yokiel.maryjo@dorsey.com

Will Martin
    on behalf of Defendant Fanatics Retail Group (Dreams) LLC martin.will@dorsey.com, yokiel.maryjo@dorsey.com

TOTAL: 21