# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11, Subchapter V |
| Debtor. | |

## **UNSWORN CERTIFICATE OF SERVICE**

I, Linda Marie Smith, declare under penalty of perjury that on April 9, 2021, I caused the following document:

> Notice of Occurrence of Effective Date of Second Amended Second Plan of Reorganization of the Debtor

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all ECF participants.

I further declare that, on April 9, 2021, I served a copy of the foregoing documents by mailing via first class U.S. Mail, with sufficient postage affixed to each entity named below, at the address stated below for each entity.

Executed on: April 12, 2021    Signed: */s/ Linda Marie Smith*
                                                    Linda Marie Smith
                                                    Fabyanske, Westra, Hart & Thomson, P.A.
                                                    333 South Seventh Street
                                                    Suite 2600
                                                    Minneapolis, MN  55402
                                                    Telephone: 612-359-7600
                                                    Facsimile:  612-359-7602

Active\086972\003\5802524.v1

## SERVICE LIST

| | | |
|---|---|---|
| 1 EDI Source, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>31875 Solon Road<br>Solon, OH  44139 | 47 Brand, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>15 Southwest Park<br>Westwood, MA  02090 | ACE Property and Casualty Ins. Co.<br>c/o Chubb<br>Attn: Officer or Agent Authorized to Accept Service<br>202A Halls Mill Road – 2E<br>Whitehouse Station, NJ  08889 |
| Adam Friendshuh<br>315 Sidney Street West<br>St. Paul, MN  55107 | Adidas America, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>5055 N. Greeley Avenue<br>Portland, OR  97217 | Adobe<br>Attn: Officer or Agent Authorized to Accept Service<br>345 Park Avenue<br>San Jose, CA  95110-2704 |
| ADP Total Source, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>10200 Sunset Drive<br>Miami, FL  33173 | AGI Sourcing LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>469 7th Ave, 15th Floor<br>New York, NY 10018 | Allie Kubik<br>13284 Aulden Ave.<br>Rosemount, MN 55068-4790 |
| Amazon.com Services, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>410 Terry Ave. North<br>Seattle, WA  98109-5210 | BJ's Wholesale Club, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>25 Research Drive<br>Westborough, MA  01581 | Burlington Merchandising Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>1830 North Route 130<br>Burlington, NJ  08016 |

| | | |
|---|---|---|
| Century Distribution Systems<br>8/F North Bund Business Center<br>Attn: Officer or Agent Authorized to Accept Service<br>1050 Dongdaming Road<br>Honkgkuo District Shanghai<br>China 200082 | Century Link<br>Attn: Officer or Agent Authorized to Accept Service<br>PO Box 2956<br>Phoenix, AZ 85062-2956 | China Export & Credit Insurance Corporation ("Sinosure")<br>c/o Brown & Joseph, LLC as Special Collection Agent on behalf of Sinosure<br>PO Box 59838<br>Schaumburg, IL 60159<br>Attn: Peter Geldes |
| Choice Financial Group<br>Choice Bank<br>Attn: Cristen Purdy<br>6210 Wayzata Blvd<br>Golden Valley, MN 55416 | CLC College Licensing<br>Attn: Officer or Agent Authorized to Accept Service<br>1075 Peachtree Street, Suite 3300<br>Atlanta, GA 30309 | Comcast Business<br>Attn: Officer or Agent Authorized to Accept Service<br>P.O. Box 60533<br>City of Industry, CA 91716-0533 |
| Comet Clothing Company LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>6117 Blue Circle Drive<br>Suite 100<br>Minnetonka, MN 55343 | Dallas Cowboys Merchandising, Ltd<br>c/o Cole Schotz PC<br>Attn: Michael D. Warner<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 | Dale Henn<br>5605 Elliot Avenue South<br>Minneapolis, MN 55417 |
| Daniel Stock<br>2565 Fry Street<br>Roseville, MN 55113 | DB Sports Sales, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>22962 County Road Y<br>Grantsburg, WI 54840-9030 | Design Wide Open<br>Attn.: Officer or Agent Authorized to Accept Service<br>4839 57th Street SW<br>Waverly, MN 55390-5505 |
| Dicke, Billig & Czaja, PLLC<br>Attn: Officer or Agent Authorized to Accept Service<br>100 South 5th Street, Suite 2250<br>Minneapolis, MN 55402-1235 | Dropbox, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>1800 Owens Street<br>San Francisco, CA 9415 | Echo Global Logistics<br>Attn: Jeff Short<br>600 W. Chicago Ave, Suite 725<br>Chicago, IL 60654 |
| EGJBAS, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>6117 Blue Circle Drive<br>Suite 101<br>Minnetonka, MN 55343 | Erica Gisel<br>270 Oakview Court<br>Chaska, MN 55318 | Euler Hermes Agent for Zhangjiagang Unitex Co<br>Attn: Officer or Agent Authorized to Accept Service<br>800 Red Brooks Blvd<br>Owings Mills, MD 21117 |

| | | |
|---|---|---|
| FedEx Corporate Services Inc. as Assignee of FedEx Express/Ground/Freight/Office<br>Attn: Officer or Agent Authorized to Accept Service<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Fermata Partners, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>1440 Dutch Valley Place Suite 101<br>Atlanta, GA 30324 | Fleet Farm Wholesale Supply<br>Attn: Officer or Agent Authorized to Accept Service<br>2401 South Memorial Drive<br>Appleton, WI 54915 |
| GO Intellectual Capital, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>800 LaSalle Ave Ste 1620<br>Minneapolis, MN 55402 | GS1 US<br>Attn: Officer or Agent Authorized to Accept Service<br>7887 Washington Village Drive<br>Dayton, OH 45459-3900 | H.E. Butt Grocery Company<br>Attn: Officer or Agent Authorized to Accept Service<br>4710 N. Pan Am Expressway<br>San Antonio, TX 78218 |
| HSN, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>1 HSN Drive<br>St. Petersburg, FL 33729 | Indiana University<br>Attn: Officer or Agent Authorized to Accept Service<br>PO Box 6268<br>Indianapolis, IN 46026-6268 | Insource Media<br>Attn.: Officer or Agent Authorized to Accept Service<br>15640 Oakhill Road<br>Marine on St. Croix, MN 55047-9707 |
| Internal Revenue Service<br>Attn: Officer or Agent Authorized to Accept Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J America<br>Attn: Officer or Agent Authorized to Accept Service<br>445 E. Van Riper Road<br>Fowlerville, MI 48836 | J.C. Penney Corporation, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>6501 Legacy Dr<br>Plano, TX 75024 |

| | | |
|---|---|---|
| Jeff Benson<br>1343 N. Colline Bello Way<br>Eagle, ID  83616 | Jeff Zollars<br>24747 McCutcheonville Rd<br>Perrysbury, OH  43551 | Jessica Sonnee<br>16956 Lexington Ave NE<br>Ham Lake, MN  55304 |
| Jiangsu GTIG Esen, Ltd.<br>c/o Brown & Joseph, LLC<br>Attn: Peter Geldes<br>PO Box 249<br>Itasca, IL  60143 | Jill O'Flanagan<br>2322 Manuela Drive<br>Chaska, MN  55318 | Jill Mohr<br>PO Box 446<br>Waconia, MN  55387 |
| Joel Anderson<br>2118 Midlothian Road<br>Roseville, MN  55113 | Kmart Holding Corporation<br>c/o Katten Muchin Rosenman LLP<br>Attn: Steven J. Reisman, Esq.<br>575 Madison Avenue<br>New York, NY  10022-2585 | Kohl's Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI  53051 |
| Learfield IMG College<br>Attn: Officer or Agent Authorized to Accept Service<br>10775 Peachtree Street<br>Suite 3300<br>Atlanta, GA  30309 | Lurie LLP<br>Attn.: Officer or Agent Authorized to Accept Service<br>2501 S. Wayzata Blvd.<br>Wayzata, MN 55405 | Maade Seddiki<br>3206 E. Lexington Way #218<br>Mercer Island, WA  98040 |
| Margolin Shoes & Apparel, Inc<br>Attn: Officer or Agent Authorized to Accept Service<br>2701 N. Kildare Ave<br>Chicago IL 60639 | Mark Bordeaux<br>N76 W23840 Hidden Oaks Drive<br>Sussex, WI  53089 | Mary Sieling<br>Manty & Associates, P.A.<br>150 S. Fifth Street, Ste. 3125<br>Minneapolis, MN  55402 |
| Meijer, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>2350 Three Mile Road<br>Grand Rapids, MI  49544 | Michael Dickson<br>11969 Ironwood Avenue<br>Grant, MN  55082 | Microsoft Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>One Microsoft Way<br>Redmond, WA  98052 |
| Mike Kraabel<br>316 W. Minnehaha Pkwy<br>Minneapolis, MN  55419 | Mill-Tex Sportswear Corp<br>Attn: Officer or Agent Authorized to Accept Service<br>3279 Grand Island Blvd<br>Grand Island, NY 14072 | Minnesota Department of Revenue<br>Attention: Chief Executive Officer or Agent Authorized to Accept Service<br>Mail Station 5130<br>St. Paul, MN 55146-5130 |

| | | |
|---|---|---|
| MVP Logistics, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>10205 10th Ave N Ste A<br>Plymouth, MN  55441 | Nasser Sheikh<br>11601 Shadow Creek Pkwy Unit 111-524<br>Pearland, TX  77584 | Ningbo Yongham Kitting Co., Ltd.<br>Attn: Officer or Agent Authorized to Accept Service<br>3rd Floor, Building D, No. 1301<br>Xiangsham Zhejiang, CHINA |
| NFL Properties, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>345 Park Avenue<br>New York, NY  10154 | NFL Properties, LLC<br>c/o Zelmanovitz & Associates PLLC<br>Attn: Menachem O. Zelmanovitz<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY  10036 | North Mill Capital LLC<br>c/o Maslon LLP<br>Attn: Amy J. Swedberg<br>90 South 7th Street, #3300<br>Minneapolis, MN  55402 |
| Omni Group<br>a/k/a Omni ePartners<br>Attn: Officer or Agent Authorized to Accept Service<br>6902 E 1st St Ste 200<br>Scottsdale, AZ  85251-53471 | Open Text Corporation in Waterloo<br>Attn: Officer or Agent Authorized to Accept Service<br>275 Frank Tompa Drive<br>Waterloo ON  N2L 0A1 | North Mill Capital, LLC<br>Attn: Rochelle Hilson<br>5401 Gamble Drive, Suite 200<br>Minneapolis, MN  55418 |
| Pacific Employers Insurance Co.<br>c/o CHUBB<br>Attn: Officer or Agent Authorized to Accept Service<br>202A Halls Mill Road – 2E<br>Whitehouse Station, NJ  08889 | Pax Tag & Label<br>Attn: Officer or Agent Authorized to Accept Service<br>9528 East Rush Street<br>South El Monte, CA  91733-1551 | Robert Truax<br>8700 Ridge Ponds Dr<br>Victoria, MN  55386 |
| Sampler Stores, Inc. (dba Rally House)<br>Attn: Officer or Agent Authorized to Accept Service<br>9750 Quivira Road<br>Leneya, KS  66215 | South Dakota State University<br>Attn: Officer or Agent Authorized to Accept Service<br>940 Admin. Lane<br>Administrative Building<br>Box 220<br>Brookings, SD  57007-2398 | Specialty Retailers, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>2425 West Loop S 11th Floor<br>Houston, TX  77027 |

| | | |
|---|---|---|
| SPS<br>Attn: Officer or Agent Authorized to Accept Service<br>P.O. Box 205782<br>Dallas, TX  75320-5782 | Star Garments<br>Attn: Nasser Sheikh or Officer or Agent Authorized to Accept Service<br>11601 Shadow Creek Pky., Unit 111-524<br>Pearland, TX  77584 | Stephanie Chaffee<br>1011 Moonbeam Rd<br>Hudson, WI  54016 |
| Steve Shatt<br>1321 Fiddleneck St<br>Fort Worth, TX  76177 | Swizznet<br>Attn: Officer or Agent Authorized to Accept Service<br>400 Chesterfield Center Suite 413<br>Chesterfield, MO  63017 | Target Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>7000 Target Parkway, NCF-0324<br>Brooklyn Park, MN  55445 |
| Terrance Cullen<br>853 Lincoln Ave<br>St. Paul, MN  55105 | THA 3 International<br>Attn.: Tariq Khan<br>A-56 punjabi sudagran society<br>Scheme 33<br>Gulzar e Hijri<br>Karachi<br>Pakistan | The University of Iowa<br>Attn: Officer or Agent Authorized to Accept Service<br>310 KHF<br>Iowa City, IA  55242 |
| Tim Greeley<br>4232 Lynn Avenue<br>Edina, MN  55416 | Tori Breunig<br>18936 Huntley Trail<br>Lakeville, MN  55044 | U.S. Bank National Association<br>dba Elan Financial Services<br>Attn: Officer or Agent Authorized to Accept Service<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO  63166-0108 |
| US Licensing Company<br>Attn: Officer or Agent Authorized to Accept Service<br>4865 51st Ave S<br>Fargo, ND  58104-6031 | United States Attorney<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415-3070 | UPS<br>Attn: Officer or Agent Authorized to Accept Service<br>28013 Network Place<br>Chicago, IL  60673-1280 |

| | | |
|---|---|---|
| VeriQuality Inspection Service Co. Ltd.<br>Room 620, Building #67 Juyuan Creative Plaza No. 618 Jinshan Avenue, Cangshan District<br>Fuzhou City 350002<br>China | Wal-Mart Stores, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>702 SW 8th Street<br>Bentonville, AR 72716 | Warren Green<br>95 SW 96th Avenue<br>Plantain, FL 33324 |
| World Wrestling Entertainment, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>1241 East Main Street<br>Stamford, CT 06902 | Xtreme Apparel<br>Attn.: Officer or Agent Authorized to Accept Service<br>21018 N. 22nd Street<br>Phoenix, AZ 85024-5505 | Zhangjiagang Infinite Trading Co., LTD<br>Attention: Kenny Wang<br>Room A1612, Puyue Plaza A<br>Yangshe Town<br>Zhangjiangagang City<br>Jiangsu Province, China |

Executed on: April 12, 2021        Signed: */s/ Linda Marie Smith*
Linda Marie Smith
Fabyanske, Westra, Hart & Thomson, P.A.
333 South Seventh Street
Suite 2600
Minneapolis, MN  55402
Telephone: 612-359-7600
Facsimile:  612-359-7602