**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11(Subchapter V) |
| Debtor. | |

**NOTICE OF HEARING AND THIRD INTERIM APPLICATION OF GO INTELLECTUAL CAPITAL, LLC, FOR
ALLOWANCE OF FEES AND EXPENSES**

TO: The United States Trustee and all parties in interest as specified in Local Rule 9013-3

1. Go Intellectual Capital, LLC (dba Growth Operators) ("Go Intellectual") makes this application for allowance of professional fees and reimbursement of expenses ("Application") for services performed as business and financial consultant for the above-captioned debtor (the "Debtor"), and hereby gives notice of hearing on its Application.

**NOTICE OF HEARING**

2. The Court will hold a hearing on this Application on May 18, 2021 at 9:30 a.m., before the Honorable William J. Fisher in Courtroom No. 2B of the United States Courthouse at 316 North Robert Street, St. Paul, Minnesota.

3. Any response to this Application must be filed and served by delivery or mail not later than May 13, 2021, which is five days before the date set for hearing (including Saturday, Sunday, and holidays). **UNLESS A RESPONSE OPPOSING THE APPLICATION IS TIMELY FILED, THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING.**

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This Application arises under 11 U.S.C. §§ 328, 330, and 331. This is a core proceeding within the meaning of to 28 U.S.C. § 157(b)(2). The petition commencing this chapter 11 case was filed June 12, 2020 (the "Petition Date"). The case is now pending in this court.

5. Go Intellectual requests allowance and payment of compensation for services rendered in performing work as financial consultant for the Debtor during the period of December 16, 2020 through April 9, 2021 (the "Compensation Period").

## BACKGROUND

6. On June 12, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 Title V of the Bankruptcy Code.

7. By order dated July 8, 2020, the Court granted the Debtor's application to employ Go Intellectual as a business and financial consultant. A copy of the employment order is attached hereto as **Exhibit A**. [Doc. 41]

8. As of the Petition Date, Go Intellectual held a Chapter 11 retainer of $30,000, which Go Intellectual continues to hold.

9. Go Intellectual believes that the Debtor is current in payment of ordinary operating expenses and all allowed administrative expenses, that any quarterly fees have been or will be paid to the United States Trustee as required and that all monthly operating reports are being timely filed.

10. A plan of reorganization has been confirmed in this case.

**SUMMARY OF POST-PETITION SERVICES PROVIDED TO THE DEBTOR**

11.    By this Application, Go Intellectual requests allowance of professional fees for services rendered and expenses incurred during the Compensation Period in the total amount of $45,036.55. During the Compensation Period, Go Intellectual was actively consulted with the Debtor and its counsel, Fabyanske, Westra, Hart & Thomson, PA, on matters pertaining to the Debtor's financial condition and overall efforts to effectively reorganize. Such services are fully detailed in Go Intellectual's invoices attached hereto as **Exhibit B** and are broken down into the tasks described below:

**Cash Management - $10,867.50**

12.    Services for this category include: developing, reviewing and updating cash collateral projections including reporting of actual vs. projected results for interim periods; advising Debtor regarding cash management and critical vendors payables issues; developing cash management work plan; extensive communications with Debtors regarding budget and cash collateral issues; extensive communications with secured lender and secured lender's counsel regarding same including negotiating terms of use of cash collateral; advising on disbursement requests; assisting Debtors with operating accounts; and analyzing future cash needs.

**Suppliers and unsecured creditors and executory contracts - $1,605**

13.    Services for this category include: discussions with creditors and suppliers including counter parties to license agreements and inventory suppliers; preparing for and attending meeting of creditors; discussions with Debtor regarding same.

**Secured Creditor - $8,259.00**

14.     Services for this category include preparing for and participating in various meetings and negotiations with the Debtor, and counsel regarding the Debtor's cash flow projections and budget and collateral; extensive communications with North Mill Capital, LLC regarding postpetition financing; testifying on behalf fo the Debtor at coonstestede evidentiary hearing as to the Debtor's motions for use of cash collateral and authorization to enter into postpetition financing; reviewing and reporting actual vs. projected results.

**Business Operations - $19,895.05**

15.     Services for this category include preparing and updating operating budgets for plan of reorganization; advising on staffing, marketing and inventory supply chain issues; assist Debtors in review of current operating contracts; discussions with Debtor and counsel regarding implementation of operational issues; preparing and revising work plans; and assist the Debtor in other costs cuts and operating issues.

**Case Administration - $4,380**

16.     Services for this category include assisting with post-filing issues; extensive communications with Debtor and Debtors' professionals regarding various issues in the case; receiving and providing status updates regarding various issues in bankruptcy case; providing information for pleadings and declarations; assisting with preparation of schedules and statement of financial affairs; and preparing information for fee application.

<u>**TOTAL FEES: $45,036.55**</u>

17.     The amount requested in this Application is reasonable compensation for actual and necessary services rendered by Go Intellectual based on the nature, extent, and

value of such services, the time spent on such services, and the cost of comparable services other than in cases under Title 11 of the United States Code.

18.    All services for which Go Intellectual requests compensation were performed on behalf of the Debtor and not on behalf of any other person. Go Intellectual has not entered into any agreement with any other party for the purpose of fixing fees or other compensation for services rendered in excess of the compensation allowed by law.

## CONCLUSION

WHEREFORE, Go Intellectual respectfully requests that the Court enter and Order (i) granting the Application; (ii) allowing Go Intellectual's fees incurred during the Compensation Period in the amount of $45,036.55; (iii) authorizing the debtors to pay Go Intellectual the fees and expenses allowed herein; and (iv) granting such other relief as is just and proper.

Dated: April 23, 2021          Respectfully Submitted,

*/s/ Robert DeWolfe*
Robert DeWolfe, Partner
Go Intellectual Capital, LLC

Preparation assisted by:

**FABYANSKE, WESTRA, HART & THOMSON, PA**
Paul L. Ratelle (# 0127632)
333 South Seventh Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 359- 7600
Facsimile: (612) 359-7602

**ATTORNEYS FOR THE COMET CLOTHING COMPANY, LLC**

## **VERIFICATION**

I, Robert DeWolfe, am a partner of Go Intellectual Capital, LLC, and I declare under penalty of perjury, that the facts set forth in and exhibits attached to this Application are true and correct, according to the best of my knowledge, information and belief.

Go Intellectual Capital, LLC has not shared or agreed to share with any other person, other than with members of the firm, any compensation paid or to be paid in connection with this Application.

Dated: April 23, 2020                              */s/ Robert DeWolfe*_____
                                                                Robert DeWolfe

**EXHIBIT A**

**(Amended Order Granting Employment of Go Intellectual Capital)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Comet Clothing Company, LLC,                    Case No. 20-41592

Debtor.                                             Chapter 11, Subchapter V

ORDER

At Saint Paul, Minnesota.

This matter came before the Court on the application of the Debtor to employ Go Intellectual Capital, LLC to serve as financial consultants and advisors to the Debtor in this case. [Dkt. No. 27]. It appears that these professional persons selected by the Debtor do not hold or represent an interest adverse to the estate and that they are disinterested within the meaning of 11 U.S.C. § 327(a).

IT IS ORDERED:

1.   The employment of Go Intellectual Capital, LLC, effective June 12, 2020, as financial consultants and advisors to assist the debtor in possession in carrying out its duties under title 11 of the United States Code is approved. Notwithstanding the terms in the application providing for weekly payment of fees, Go Intellectual Capital, LLC shall not be paid until after its fees are approved by the Court after filing an application and obtaining such approval.

2.   Fee applications by Go Intellectual Capital, LLC may be heard on thirty (30) day intervals from the commencement of the case. The Court may revoke this, particularly if it appears that the monthly cost of preparation of fee applications and notice becomes excessive.

Dated: *July 8, 2020*

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/08/2020
Lori Vosejpka, Clerk, by SD

## EXHIBIT B

**(Invoices for Compensation Period)**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax

The Comet Clothing Company

2019 PSA

2345 Rice Street

Suite 230

Roseville, MN  55113

**INVOICE#** 5581
**DATE** 12/31/2020
**DUE DATE** 01/15/2021
**TERMS** Net 15

| ACTIVITY | | Hours | RATE | | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | 32.82 | 150.00 | | | $4,923.00 |
| Robert DeWolfe | | | | | | |
| 12/16/2020 Business Operations | Finance Support | 6.90 | 150.00 | $ | 1,035.00 | |
| 12/21/2020 Secured Creditor | Phone Call with Paul R regarding NMC | 0.60 | 150.00 | $ | 90.00 | |
| 12/21/2020 Cash Management | Finance Support AP and AR planning | 2.00 | 150.00 | $ | 300.00 | |
| 12/22/2020 Case Admin | Weekly Cash Forecast Report | 4.00 | 150.00 | $ | 600.00 | |
| 12/21/2020 Secured Creditor | Meeting with potential investor | 4.00 | 150.00 | $ | 600.00 | |
| 12/23/2020 Case Admin | Phone call with debtor counsel | 0.40 | 150.00 | $ | 60.00 | |
| 12/23/2020 Cash Management | Weekly Cash Forecast Report | 3.80 | 150.00 | $ | 570.00 | |
| 12/24/2020 Cash Management | Weekly Cash Forecast Report | 2.20 | 150.00 | $ | 330.00 | |
| 12/24/2020 Case Admin | bankruptcy Fee filing and forecast | 1.70 | 150.00 | $ | 255.00 | |
| 12/28/2020 Secured Creditor | Phone call with debtor counsel | 0.30 | 150.00 | $ | 45.00 | |
| 12/28/2020 Business Operations | preparation and review of financial projections | 4.00 | 150.00 | $ | 600.00 | |
| 12/30/2021 Cash Management | Phone call with debtor counsel | 0.20 | 150.00 | $ | 30.00 | |
| 12/30/2021 Cash Management | Weekly Cash Forecast Report | 2.00 | 150.00 | $ | 300.00 | |
| 12/30/2021 Business Operations | Phone call with debtor | 0.72 | 150.00 | $ | 108.00 | |
| **Director and Associate Level Consulting Fees** | | 1.50 | 115.00 | | | 172.50 |
| Michelle Norberg | | | | | | |
| 12/20/2020 Business Operations | follow up with ADP on timecards- email with Erica | 0.25 | 115.00 | $ | 28.75 | |
| 12/27/2020 Business Operations | payroll/follow-up with ADP on timecard issue | 1.25 | 115.00 | $ | 143.75 | |

Service Period: December 16 -31st, 2020            **BALANCE DUE**    $    **5,095.50**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax
The Comet Clothing Company
2019 PSA
2345 Rice Street
Suite 230
Roseville, MN  55113

**INVOICE#** 5636
**DATE** 01/15/2021
**DUE DATE** 01/30/2021
**TERMS** Net 15

| ACTIVITY | | | Hours | RATE | | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | | 30.85 | 150.00 | | | $4,627.50 |
| Robert DeWolfe | | | | | | | |
| 1/4/2021 | Cash Management | Weekly Cash Forecast Report | 1.30 | 150.00 | $ | 195.00 | |
| 1/4/2021 | Business Operations | Discuss Sales plan with Bob | 4.30 | 150.00 | $ | 645.00 | |
| 1/5/2021 | Cash Management | Weekly Cash Forecast Report | 2.30 | 150.00 | $ | 345.00 | |
| 1/5/2021 | Business Operations | Review of financials abd projections | 2.30 | 150.00 | $ | 345.00 | |
| 1/5/2021 | Secured Creditor | Phone call with debtor counsel | 0.10 | 150.00 | $ | 15.00 | |
| 1/6/2021 | Case Admin | Review of case topics with debtor | 1.20 | 150.00 | $ | 180.00 | |
| 1/6/2021 | Business Operations | Review of financials abd projections | 1.70 | 150.00 | $ | 255.00 | |
| 1/6/2021 | Cash Management | Phone call with debtor counsel | 0.25 | 150.00 | $ | 37.50 | |
| 1/7/2021 | Secured Creditor | Phone call with debtor and counsel | 0.70 | 150.00 | $ | 105.00 | |
| 1/7/2021 | Business Operations | Review of financials abd projections | 3.60 | 150.00 | $ | 540.00 | |
| 1/11/2021 | Business Operations | Review Inventory Plan and Invoices | 1.50 | 150.00 | $ | 225.00 | |
| 1/11/2021 | Case Admin | Bob Call on case topics | 1.20 | 150.00 | $ | 180.00 | |
| 1/12/2021 | Business Operations | Review of financials abd projections | 2.70 | 150.00 | $ | 405.00 | |
| 1/12/2021 | Cash Management | Weekly Cash Forecast Report | 2.30 | 150.00 | $ | 345.00 | |
| 1/12/2021 | Case Admin | Paul Call on case topics | 0.10 | 150.00 | $ | 15.00 | |
| 1/13/2021 | Business Operations | Review of A/R against forecast | 1.70 | 150.00 | $ | 255.00 | |
| 1/13/2021 | Cash Management | Phone call with debtor counsel | 0.80 | 150.00 | $ | 120.00 | |
| 1/13/2021 | Case Admin | Paul Call on case topics | 0.50 | 150.00 | $ | 75.00 | |
| 1/14/2021 | Business Operations | Review Financials | 1.40 | 150.00 | $ | 210.00 | |
| 1/14/2021 | Cash Management | Review forecast with debtor | 0.90 | 150.00 | $ | 135.00 | |
| **Director and Associate Level Consulting Fees** | | | 1.67 | 115.00 | | | 192.05 |
| Michelle Norberg | | | | | | | |
| 1/3/2021 | Business Operations | Paypal refund | 0.5 | 115.00 | $ | 57.50 | |
| 1/10/2021 | Business Operations | Review sales shipments from prior week and reconcile | 1.17 | 115.00 | $ | 134.55 | |

Service Period: January 1 -15th, 2021

**BALANCE DUE**     $     **4,819.55**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax
The Comet Clothing Company
2019 PSA
2345 Rice Street
Suite 230
Roseville, MN  55113

**INVOICE#** 5691
**DATE** 01/31/2021
**DUE DATE** 02/15/2021
**TERMS** Net 15

| ACTIVITY | | | Hours | RATE | | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | | 33.00 | 150.00 | | | $4,950.00 |
| Robert DeWolfe | | | | | | | |
| 1/18/2021 | Cash Management | Weekly Sales Forecast | 1.30 | 150.00 | $ | 195.00 | |
| 1/19/2021 | Cash Management | Weekly Cash Forecast Report | 1.20 | 150.00 | $ | 180.00 | |
| 1/20/2021 | Business Operations | Preparation of results and projections | 2.30 | 150.00 | $ | 345.00 | |
| 1/21/2021 | Business Operations | Phone call with debtor | 0.40 | 150.00 | $ | 60.00 | |
| 1/22/2021 | Business Operations | Phone call with debtor | 0.30 | 150.00 | $ | 45.00 | |
| 1/18/2021 | Business Operations | Review July month-end reports | 1.20 | 150.00 | $ | 180.00 | |
| 1/19/2021 | Cash Management | Weekly Cash Forecast Report | 1.30 | 150.00 | $ | 195.00 | |
| 1/20/2021 | Cash Management | Weekly Cash Forecast Report | 2.00 | 150.00 | $ | 300.00 | |
| 1/21/2021 | Case Admin | Monthly Reporting | 2.30 | 150.00 | $ | 345.00 | |
| 1/22/2021 | Business Operations | Review of financials | 1.20 | 150.00 | $ | 180.00 | |
| 1/21/2021 | Business Operations | Call Bob regarding business operations | 1.00 | 150.00 | $ | 150.00 | |
| 1/25/2021 | Case Admin | Call Paul regarding Case topics | 0.50 | 150.00 | $ | 75.00 | |
| 1/26/2021 | Case Admin | Call Paul regarding Case topics | 0.50 | 150.00 | $ | 75.00 | |
| 1/26/2021 | Business Operations | Financial Close | 6.50 | 150.00 | $ | 975.00 | |
| 1/26/2021 | Case Admin | Multiple calls with Debtor's counsel Case topics | 1.40 | 150.00 | $ | 210.00 | |
| 1/29/2021 | Secured Creditor | Fanatics Document request and prep | 7.00 | 150.00 | $ | 1,050.00 | |
| 1/26/2021 | Secured Creditor | Call with debtor's counsel | 0.40 | 150.00 | $ | 60.00 | |
| 1/31/2021 | Suppliers and unsecured c | Call Paul discuss NFL | 2.20 | 150.00 | $ | 330.00 | |
| **Director and Associate Level Consulting Fees** | | | 3.00 | 115.00 | | | 345.00 |
| Michelle Norberg | | | | | | | |
| 1/16/2021 | Business Operations | Paypal refunds /monthend support | 2 | 115.00 | $ | 230.00 | |
| 1/17/2021 | Business Operations | Paypal Refunds | 0.25 | 115.00 | $ | 28.75 | |
| 1/24/2021 | Business Operations | Paypal Refunds | 0.75 | 115.00 | $ | 86.25 | |

Service Period: January 16 -31st, 2021

**BALANCE DUE**   $   5,295.00

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN 55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax
The Comet Clothing Company
2019 PSA
2345 Rice Street
Suite 230
Roseville, MN 55113

**INVOICE#** 5702
**DATE** 01/31/2021
**DUE DATE** 02/15/2021
**TERMS** Net 15

| ACTIVITY | Hours | RATE | | SUBTOTAL AMOUNT |
|---|---|---|---|---|
| **Founding Partner Level Consulting Services** | 5.83 | 300.00 | | $1,749.00 |
| Rick Nordvold | | | | |
| 1/25/2021  Secured Creditor   Call to discuss status of term sheet | 0.50 | 300.00 | $ 150.00 | |
| 1/28/2021  Secured Creditor   Call with debtor on structure of investment | 1.08 | 300.00 | $ 324.00 | |
| 1/28/2021  Secured Creditor   Review deal with debtor | 1.42 | 300.00 | $ 426.00 | |
| 1/28/2021  Secured Creditor   Call to discuss investor discussions | 0.75 | 300.00 | $ 225.00 | |
| 1/29/2021  Secured Creditor   Review of term sheets | 2.08 | 300.00 | $ 624.00 | |

Service Period: January 16 -31st, 2021

**BALANCE DUE**   $   **1,749.00**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax

The Comet Clothing Company

2019 PSA

2345 Rice Street

Suite 230

Roseville, MN  55113

**INVOICE#** 5744
**DATE** 02/15/2021
**DUE DATE** 03/02/2021
**TERMS** Net 15

| ACTIVITY | | | Hours | RATE | | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | | 34.90 | 150.00 | | | $5,235.00 |
| Robert DeWolfe | | | | | | | |
| 2/1/2021 | Case Admin | Court Hearing | 1.00 | 150.00 | $ | 150.00 | |
| 2/1/2021 | Cash Management | Weekly Cash Forecast Report | 1.20 | 150.00 | $ | 180.00 | |
| 2/1/2021 | Business Operations | Month-end close activity | 2.40 | 150.00 | $ | 360.00 | |
| 2/1/2021 | Case Admin | Call regarding case topics | 2.50 | 150.00 | $ | 375.00 | |
| 2/2/2021 | Cash Management | Review of AR,AP | 2.30 | 150.00 | $ | 345.00 | |
| 2/2/2021 | Business Operations | Month-end close activity | 1.80 | 150.00 | $ | 270.00 | |
| 2/3/2021 | Cash Management | Update projections | 1.30 | 150.00 | $ | 195.00 | |
| 2/3/2021 | Business Operations | Month-end close activity | 3.80 | 150.00 | $ | 570.00 | |
| 2/4/2021 | Cash Management | Update projections | 1.30 | 150.00 | $ | 195.00 | |
| 2/4/2021 | Secured Creditor | Discussions regarding ABL | 0.20 | 150.00 | $ | 30.00 | |
| 2/8/2021 | Secured Creditor | Discussion with Franklin | 2.10 | 150.00 | $ | 315.00 | |
| 2/8/2021 | Business Operations | Financial Review | 3.80 | 150.00 | $ | 570.00 | |
| 2/9/2021 | Suppliers and unsecured c | Discuss plans for AP | 4.20 | 150.00 | $ | 630.00 | |
| 2/15/2021 | Case Admin | Call with Debtor's counsel | 0.50 | 150.00 | $ | 75.00 | |
| 2/15/2021 | Cash Management | Cash Forecast Process | 3.00 | 150.00 | $ | 450.00 | |
| 2/15/2021 | Secured Creditor | Discussion with Franklin | 0.50 | 150.00 | $ | 75.00 | |
| 2/15/2021 | Cash Management | Weekly Cash Forecast | 3 | 150.00 | $ | 450.00 | |
| **Director and Associate Level Consulting Fees** | | | 1.00 | 115.00 | | | 115.00 |
| Michelle Norberg | | | | | | | |
| 2/7/2021 | Business Operations | Paypal refunds /monthend support | 0.5 | 115.00 | $ | 57.50 | |
| 2/8/2021 | Business Operations | Paypal Refunds | 0.5 | 115.00 | $ | 57.50 | |

Service Period: February 1 -15th, 2021

**BALANCE DUE   $     5,350.00**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax

The Comet Clothing Company

2019 PSA

2345 Rice Street

Suite 230

Roseville, MN  55113

**INVOICE#** 5801
**DATE** 02/28/2021
**DUE DATE** 03/15/2021
**TERMS** Net 15

| ACTIVITY | | | Hours | RATE | | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | | 40.40 | 150.00 | | | $6,060.00 |
| Robert DeWolfe | | | | | | | |
| 2/16/2021 | Cash Management | Phone call with Debtors counsel | 0.30 | 150.00 | $ | 45.00 | |
| 2/16/2021 | Business Operations | Financial Review | 1.20 | 150.00 | $ | 180.00 | |
| 2/16/2021 | Case Admin | Call Paul regarding case topics | 2.00 | 150.00 | $ | 300.00 | |
| 2/16/2021 | Cash Management | Weekly Cash Forecast Report | 4.80 | 150.00 | $ | 720.00 | |
| 2/16/2021 | Business Operations | Review of results with debtor | 1.00 | 150.00 | $ | 150.00 | |
| 2/17/2021 | Cash Management | Phone call with Debtors counsel | 0.90 | 150.00 | $ | 135.00 | |
| 2/17/2021 | Business Operations | Financial Review | 3.30 | 150.00 | $ | 495.00 | |
| 2/18/2021 | Secured Creditor | Phone call with Debtors counsel | 0.90 | 150.00 | $ | 135.00 | |
| 2/18/2021 | Business Operations | Financial Review | 1.50 | 150.00 | $ | 225.00 | |
| 2/18/2021 | Cash Management | Weekly Cash Forecast Report | 2.00 | 150.00 | $ | 300.00 | |
| 2/19/2021 | Secured Creditor | Phone call with Debtors counsel | 0.50 | 150.00 | $ | 75.00 | |
| 2/19/2021 | Secured Creditor | Preparation of ABL analysis | 2.00 | 150.00 | $ | 300.00 | |
| 2/20/2021 | Business Operations | Review of financial reporting | 2.00 | 150.00 | $ | 300.00 | |
| 2/22/2021 | Business Operations | Fractional finance support-Reporting | 5.20 | 150.00 | $ | 780.00 | |
| 2/22/2021 | Cash Management | Weekly Cash Forecast Report | 2.80 | 150.00 | $ | 420.00 | |
| 2/25/2021 | Business Operations | Fractional finance support-Reporting | 4.00 | 150.00 | $ | 600.00 | |
| 2/26/2021 | Business Operations | Fractional finance support-Reporting | 3.00 | 150.00 | $ | 450.00 | |
| 2/28/2021 | Business Operations | Fractional finance support-Reporting | 3.00 | 150.00 | $ | 450.00 | |
| **Director and Associate Level Consulting Fees** | | | 1.00 | 115.00 | | | 115.00 |
| Michelle Norberg | | | | | | | |
| 2/16/2021 | Business Operations | Paypal refunds /monthend support | 0.5 | 115.00 | $ | 57.50 | |
| 2/22/2021 | Business Operations | Paypal Refunds | 0.5 | 115.00 | $ | 57.50 | |

Service Period: February 16 -28th, 2021                                           **BALANCE DUE**    $    6,175.00

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax

The Comet Clothing Company

2019 PSA

2345 Rice Street

Suite 230

Roseville, MN  55113

**INVOICE#** 5855
**DATE** 03/15/2021
**DUE DATE** 03/30/2021
**TERMS** Net 15

| ACTIVITY | | | Hours | RATE | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | | 45.70 | 150.00 | | $6,855.00 |
| Robert DeWolfe | | | | | | |
| 3/1/2021 | Cash Management | Call Paul regarding case topics | 0.30 | 150.00 | $   45.00 | |
| 3/1/2021 | Cash Management | Weekly Cash Forecast Report | 1.20 | 150.00 | $   180.00 | |
| 3/1/2021 | Business Operations | Fractional finance support-Reporting | 1.80 | 150.00 | $   270.00 | |
| 3/2/2021 | Secured Creditor | Call Paul regarding case topics | 0.80 | 150.00 | $   120.00 | |
| 3/2/2021 | Secured Creditor | Discussion regarding facility | 0.80 | 150.00 | $   120.00 | |
| 3/2/2021 | Cash Management | Weekly Cash Forecast Report | 2.00 | 150.00 | $   300.00 | |
| 3/2/2021 | Business Operations | Fractional finance support-Reporting | 3.20 | 151.00 | $   483.20 | |
| 3/3/2021 | Secured Creditor | Call Paul regarding case topics | 0.50 | 152.00 | $   76.00 | |
| 3/3/2021 | Cash Management | Weekly Cash Forecast Report | 3.00 | 153.00 | $   459.00 | |
| 3/4/2021 | Business Operations | Month-end close process | 4.00 | 154.00 | $   616.00 | |
| 3/5/2021 | Case Admin | Call Paul regarding case topics | 1.00 | 155.00 | $   155.00 | |
| 3/5/2021 | Case Admin | Plan preparation | 1.80 | 156.00 | $   280.80 | |
| 3/5/2021 | Suppliers and unsecured c | Plan preparation | 2.20 | 157.00 | $   345.40 | |
| 3/5/2021 | Secured Creditor | Plan preparation | 2.00 | 158.00 | $   316.00 | |
| 3/8/2021 | Cash Management | Weekly Cash Forecast Report | 2.40 | 159.00 | $   381.60 | |
| 3/8/2021 | Business Operations | Fractional finance support | 3.70 | 160.00 | $   592.00 | |
| 3/8/2021 | Business Operations | Fractional finance support | 1.20 | 161.00 | $   193.20 | |
| 3/9/2021 | Cash Management | Updates Projections | 4.30 | 162.00 | $   696.60 | |
| 3/9/2021 | Business Operations | Fractional finance support | 2.30 | 163.00 | $   374.90 | |
| 3/10/2021 | Case Admin | Discussion of plan with debtor | 0.50 | 164.00 | $   82.00 | |
| 3/10/2021 | Business Operations | Fractional finance support | 1.70 | 165.00 | $   280.50 | |
| 3/11/2021 | Business Operations | Fractional finance support | 1.00 | 166.00 | $   166.00 | |
| 3/11/2021 | Cash Management | Cash review | 0.80 | 167.00 | $   133.60 | |
| 3/12/2021 | Business Operations | Fractional finance support | 1.00 | 168.00 | $   168.00 | |
| 3/15/2021 | Case Admin | Status Call | 0.20 | 169.00 | $   33.80 | |
| 3/15/2021 | Cash Management | Weekly Cash Forecast Report | 2.00 | 170.00 | $   340.00 | |
| **Director and Associate Level Consulting Fees** | | | 2.75 | 115.00 | | 316.25 |
| Michelle Norberg | | | | | | |
| 3/7/2021 | Business Operations | Paypal refunds /monthend support | 2.75 | 115.00 | $   316.25 | |

Service Period: March 1 -15th, 2021

**BALANCE DUE**   $   **7,171.25**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax

The Comet Clothing Company

2019 PSA

2345 Rice Street

Suite 230

Roseville, MN  55113

**INVOICE#** 5914
**DATE** 03/31/2021
**DUE DATE** 04/15/2021
**TERMS** Net 15

| ACTIVITY | | Hours | RATE | | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | 45.00 | 150.00 | | | $6,750.00 |
| Robert DeWolfe | | | | | | |
| 3/16/2021 Case Admin | Plan discussion | 2.60 | 150.00 | $ | 390.00 | |
| 3/16/2021 Secured Creditor | Plan prep and review | 2.6 | 150.00 | $ | 390.00 | |
| 3/16/2021 Business Operations | Projection prep and discussion with debtor | 7.8 | 150.00 | $ | 1,170.00 | |
| 3/17/2021 Suppliers and unsecured c | Plan prep and review | 2.10 | 150.00 | $ | 315.00 | |
| 3/17/2021 Cash Management | Plan prep and review | 1.90 | 150.00 | $ | 285.00 | |
| 3/18/2021 Secured Creditor | Plan prep and review | 2.00 | 150.00 | $ | 300.00 | |
| 3/19/2021 Cash Management | Plan prep and review | 2.00 | 151.00 | $ | 302.00 | |
| 3/22/2021 Cash Management | Weekly Cash Forecast Report | 1.80 | 152.00 | $ | 273.60 | |
| 3/22/2021 Secured Creditor | Discussion of agreements | 0.20 | 153.00 | $ | 30.60 | |
| 3/22/2021 Business Operations | Fractional finance support-Reporting | 1.80 | 154.00 | $ | 277.20 | |
| 3/23/2021 Secured Creditor | Discussion of agreements | 2.00 | 155.00 | $ | 310.00 | |
| 3/23/2021 Business Operations | Fractional finance support-Reporting | 2.20 | 156.00 | $ | 343.20 | |
| 3/24/2021 Cash Management | Projection prep and reporting | 2.00 | 157.00 | $ | 314.00 | |
| 3/24/2021 Business Operations | Fractional finance support-Reporting | 4.20 | 158.00 | $ | 663.60 | |
| 3/25/2021 Cash Management | Projection prep and reporting | 2.00 | 159.00 | $ | 318.00 | |
| 3/25/2021 Business Operations | Fractional finance support-Reporting | 1.20 | 160.00 | $ | 192.00 | |
| 3/26/2021 Case Admin | Projection prep and reporting | 0.50 | 161.00 | $ | 80.50 | |
| 3/26/2021 Business Operations | Fractional finance support-Reporting | 0.60 | 162.00 | $ | 97.20 | |
| 3/29/2021 Business Operations | Fractional finance support-Reporting | 5.50 | 163.00 | $ | 896.50 | |
| **Director and Associate Level Consulting Fees** | | 1.75 | 115.00 | | | 201.25 |
| Michelle Norberg | | | | | | |
| 3/16/2021 Business Operations | Accounting Support | 0.5 | 115.00 | $ | 57.50 | |
| 3/21/2021 Business Operations | Accounting Support | 1.25 | 115.00 | $ | 143.75 | |

Service Period: March 16 -31st, 2021                                **BALANCE DUE**    $    **6,951.25**

**GO Intellectual Capital, LLC**
800 LaSalle Ave Ste 1620
Minneapolis, MN  55402
9522109387
accounting@growthoperators.com



**BILL TO**
Bob Truax

The Comet Clothing Company

2019 PSA

2345 Rice Street

Suite 230

Roseville, MN  55113

**INVOICE#** 5925
**DATE** 04/15/2021
**DUE DATE** 04/30/2021
**TERMS** Net 15

| ACTIVITY | | Hours | RATE | | SUBTOTAL AMOUNT |
|---|---|---|---|---|---|
| **Partner Level Consulting Services** | | 16.20 | 150.00 | | $2,430.00 |
| Robert DeWolfe | | | | | |
| 4/1/2021  Secured Creditor | Discussion and review of final agreements | 1.20 | 150.00 | $ 180.00 | |
| 4/2/2021  Secured Creditor | Discussion and review of final agreements | 2.80 | 150.00 | $ 420.00 | |
| 4/4/2021  Secured Creditor | Discussion and review of final agreements | 3.20 | 150.00 | $ 480.00 | |
| 4/5/2021  Secured Creditor | Discussion and review of final agreements | 2.10 | 150.00 | $ 315.00 | |
| 4/6/2021  Secured Creditor | Discussion and review of final agreements | 1.10 | 150.00 | $ 165.00 | |
| 4/7/2021  Secured Creditor | Review of plan agreements | 0.80 | 150.00 | $ 120.00 | |
| 4/8/2021  Secured Creditor | Review of final agreements | 2.20 | 151.00 | $ 332.20 | |
| 4/9/2021  Case Admin | Court report prep | 2.80 | 152.00 | $ 425.60 | |

Service Period: April 1 -9th, 2021

**BALANCE DUE**   $   2,430.00

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                          Case No. 20-41592

The Comet Clothing Company, LLC,                                          Chapter 11(Subchapter V)

Debtor.

## ORDER GRANTING THIRD INTERIM APPLICATION OF GO INTELLECTUAL CAPITAL, LLC FOR ALLOWANCE OF FEES

This case is before the court on the third interim application of Go Intellectual Capital, LLC (dba Growth Operators) ("Go Intellectual") for compensation (the "Application"). Based on the Application and the files,

**IT IS ORDERED:**

1. Go Intellectual's fees incurred between December 16, 2020 and April 9, 2021 in the amount of $45,036.55 are hereby ALLOWED;

2. The Comet Clothing Company, LLC, the debtor in this matter, is hereby authorized to pay Go Intellectual's fees allowed under Paragraph 1 of this Order.

Dated: _____                                    _____

William J. Fisher
Judge of the United States Bankruptcy Court