**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11, Subchapter V |
| Debtor. | |

**UNSWORN CERTIFICATE OF SERVICE**

I, Linda Marie Smith, declare under penalty of perjury that on April 23, 2021, I served copies of the attached:

1. Notice of Hearing and Third Interim Application of Go Intellectual Capital, LLC for Allowance of Fees and Expenses; and
2. Notice of Hearing and Third Interim Application of Fabyanske, Westra, Hart & Thomson, P.A. for Allowance of Compensation and Reimbursement of Expenses;

by filing the forgoing documents electronically with the Clerk of Bankruptcy Court through ECF, which sends an e-notice of the electronic filing to all ECF participants.

I further declare that on April 23, 2021, I caused a copy of the foregoing documents to be mailed by first class U.S. Mail, postage paid, to the parties identified below (which parties include non-ECF participants) at the address stated below for each such party.

Executed on: April 23, 2021         Signed: */s/ Linda Marie Smith*
                                    Linda Marie Smith
                                    Fabyanske, Westra, Hart & Thomson, P.A.
                                    333 South Seventh Street
                                    Suite 2600
                                    Minneapolis, MN  55402
                                    Telephone: 612-359-7600
                                    Facsimile:  612-359-7602

## SERVICE LIST

| | | |
|---|---|---|
| 1 EDI Source, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>31875 Solon Road<br>Solon, OH  44139 | 47 Brand, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>15 Southwest Park<br>Westwood, MA  02090 | ACE Property and Casualty Ins. Co.<br>c/o Chubb<br>Attn: Officer or Agent Authorized to Accept Service<br>202A Halls Mill Road – 2E<br>Whitehouse Station, NJ  08889 |
| Adam Friendshuh<br>315 Sidney Street West<br>St. Paul, MN  55107 | Adidas America, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>5055 N. Greeley Avenue<br>Portland, OR  97217 | Adobe<br>Attn: Officer or Agent Authorized to Accept Service<br>345 Park Avenue<br>San Jose, CA  95110-2704 |
| ADP Total Source, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>10200 Sunset Drive<br>Miami, FL  33173 | AGI Sourcing LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>469 7th Ave, 15th Floor<br>New York, NY 10018 | Allie Kubik<br>13284 Aulden Ave.<br>Rosemount, MN 55068-4790 |
| Amazon.com Services, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>410 Terry Ave. North<br>Seattle, WA  98109-5210 | BJ's Wholesale Club, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>25 Research Drive<br>Westborough, MA  01581 | Burlington Merchandising Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>1830 North Route 130<br>Burlington, NJ  08016 |

| | | |
|---|---|---|
| Century Distribution Systems<br>8/F North Bund Business Center<br>Attn: Officer or Agent Authorized to Accept Service<br>1050 Dongdaming Road<br>Honkgkuo District Shanghai<br>China 200082 | Century Link<br>Attn: Officer or Agent Authorized to Accept Service<br>PO Box 2956<br>Phoenix, AZ 85062-2956 | China Export & Credit Insurance Corporation ("Sinosure")<br>c/o Brown & Joseph, LLC as Special Collection Agent on behalf of Sinosure<br>PO Box 59838<br>Schaumburg, IL 60159<br>Attn: Peter Geldes |
| Choice Financial Group<br>Choice Bank<br>Attn: Cristen Purdy<br>6210 Wayzata Blvd<br>Golden Valley, MN 55416 | CLC College Licensing<br>Attn: Officer or Agent Authorized to Accept Service<br>1075 Peachtree Street, Suite 3300<br>Atlanta, GA 30309 | Comcast Business<br>Attn: Officer or Agent Authorized to Accept Service<br>P.O. Box 60533<br>City of Industry, CA 91716-0533 |
| Comet Clothing Company LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>6117 Blue Circle Drive<br>Suite 100<br>Minnetonka, MN 55343 | Dallas Cowboys Merchandising, Ltd<br>c/o Cole Schotz PC<br>Attn: Michael D. Warner<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 | Dale Henn<br>5605 Elliot Avenue South<br>Minneapolis, MN 55417 |
| Daniel Stock<br>2565 Fry Street<br>Roseville, MN 55113 | DB Sports Sales, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>22962 County Road Y<br>Grantsburg, WI 54840-9030 | Design Wide Open<br>Attn.: Officer or Agent Authorized to Accept Service<br>4839 57th Street SW<br>Waverly, MN 55390-5505 |
| Dicke, Billig & Czaja, PLLC<br>Attn: Officer or Agent Authorized to Accept Service<br>100 South 5th Street, Suite 2250<br>Minneapolis, MN 55402-1235 | Dropbox, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>1800 Owens Street<br>San Francisco, CA 9415 | Echo Global Logistics<br>Attn: Jeff Short<br>600 W. Chicago Ave, Suite 725<br>Chicago, IL 60654 |
| EGJBAS, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>6117 Blue Circle Drive<br>Suite 101<br>Minnetonka, MN 55343 | Erica Gisel<br>270 Oakview Court<br>Chaska, MN 55318 | Euler Hermes Agent for Zhangjiagang Unitex Co<br>Attn: Officer or Agent Authorized to Accept Service<br>800 Red Brooks Blvd<br>Owings Mills, MD 21117 |

| | | |
|---|---|---|
| FedEx Corporate Services Inc. as Assignee of FedEx Express/Ground/Freight/Office<br>Attn: Officer or Agent Authorized to Accept Service<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Fermata Partners, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>1440 Dutch Valley Place Suite 101<br>Atlanta, GA 30324 | Fleet Farm Wholesale Supply<br>Attn: Officer or Agent Authorized to Accept Service<br>1300 South Lynndale Drive<br>Appleton, WI 54914 |
| GO Intellectual Capital, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>800 LaSalle Ave Ste 1620<br>Minneapolis, MN 55402 | GS1 US<br>Attn: Officer or Agent Authorized to Accept Service<br>7887 Washington Village Drive<br>Dayton, OH 45459-3900 | H.E. Butt Grocery Company<br>Attn: Officer or Agent Authorized to Accept Service<br>4710 N. Pan Am Expressway<br>San Antonio, TX 78218 |
| HSN, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>1 HSN Drive<br>St. Petersburg, FL 33729 | Indiana University<br>Attn: Officer or Agent Authorized to Accept Service<br>PO Box 6268<br>Indianapolis, IN 46026-6268 | Insource Media<br>Attn.: Officer or Agent Authorized to Accept Service<br>15640 Oakhill Road<br>Marine on St. Croix, MN 55047-9707 |
| Internal Revenue Service<br>Attn: Officer or Agent Authorized to Accept Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J America<br>Attn: Officer or Agent Authorized to Accept Service<br>445 E. Van Riper Road<br>Fowlerville, MI 48836 | J.C. Penney Corporation, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>6501 Legacy Dr<br>Plano, TX 75024 |

| | | |
|---|---|---|
| Jeff Benson<br>1343 N. Colline Bello Way<br>Eagle, ID  83616 | Jeff Zollars<br>24747 McCutcheonville Rd<br>Perrysbury, OH  43551 | Jessica Sonnee<br>16956 Lexington Ave NE<br>Ham Lake, MN  55304 |
| Jiangsu GTIG Esen, Ltd.<br>c/o Brown & Joseph, LLC<br>Attn: Peter Geldes<br>PO Box 249<br>Itasca, IL  60143 | Jill O'Flanagan<br>2322 Manuela Drive<br>Chaska, MN  55318 | Jill Mohr<br>PO Box 446<br>Waconia, MN  55387 |
| Joel Anderson<br>2118 Midlothian Road<br>Roseville, MN  55113 | Kmart Holding Corporation<br>c/o Katten Muchin Rosenman LLP<br>Attn: Steven J. Reisman, Esq.<br>575 Madison Avenue<br>New York, NY  10022-2585 | Kohl's Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI  53051 |
| Learfield IMG College<br>Attn: Officer or Agent Authorized to Accept Service<br>10775 Peachtree Street<br>Suite 3300<br>Atlanta, GA  30309 | Lurie LLP<br>Attn.: Officer or Agent Authorized to Accept Service<br>2501 S. Wayzata Blvd.<br>Wayzata, MN 55405 | Maade Seddiki<br>3206 E. Lexington Way #218<br>Mercer Island, WA  98040 |
| Margolin Shoes & Apparel, Inc<br>Attn: Officer or Agent Authorized to Accept Service<br>2701 N. Kildare Ave<br>Chicago IL 60639 | Mark Bordeaux<br>N76 W23840 Hidden Oaks Drive<br>Sussex, WI  53089 | Mary Sieling<br>Manty & Associates, P.A.<br>150 S. Fifth Street, Ste. 3125<br>Minneapolis, MN  55402 |
| Meijer, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>2350 Three Mile Road<br>Grand Rapids, MI  49544 | Michael Dickson<br>11969 Ironwood Avenue<br>Grant, MN  55082 | Microsoft Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>One Microsoft Way<br>Redmond, WA  98052 |
| Mike Kraabel<br>316 W. Minnehaha Pkwy<br>Minneapolis, MN  55419 | Mill-Tex Sportswear Corp<br>Attn: Officer or Agent Authorized to Accept Service<br>3279 Grand Island Blvd<br>Grand Island, NY 14072 | Minnesota Department of Revenue<br>Attention: Chief Executive Officer or Agent Authorized to Accept Service<br>Mail Station 5130<br>St. Paul, MN 55146-5130 |

| | | |
|---|---|---|
| MVP Logistics, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>10205 10th Ave N Ste A<br>Plymouth, MN  55441 | Nasser Sheikh<br>11601 Shadow Creek Pkwy Unit 111-524<br>Pearland, TX  77584 | Ningbo Yongham Kitting Co., Ltd.<br>Attn: Officer or Agent Authorized to Accept Service<br>3rd Floor, Building D, No. 1301<br>Xiangsham Zhejiang, CHINA |
| NFL Properties, LLC<br>Attn: Officer or Agent Authorized to Accept Service<br>345 Park Avenue<br>New York, NY  10154 | NFL Properties, LLC<br>c/o Zelmanovitz & Associates PLLC<br>Attn: Menachem O. Zelmanovitz<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY  10036 | North Mill Capital LLC<br>c/o Maslon LLP<br>Attn: Amy J. Swedberg<br>90 South 7th Street, #3300<br>Minneapolis, MN  55402 |
| Omni Group<br>a/k/a Omni ePartners<br>Attn: Officer or Agent Authorized to Accept Service<br>6902 E 1st St Ste 200<br>Scottsdale, AZ  85251-53471 | Open Text Corporation in Waterloo<br>Attn: Officer or Agent Authorized to Accept Service<br>275 Frank Tompa Drive<br>Waterloo ON  N2L 0A1 | North Mill Capital, LLC<br>Attn: Rochelle Hilson<br>5401 Gamble Drive, Suite 200<br>Minneapolis, MN  55418 |
| Pacific Employers Insurance Co.<br>c/o CHUBB<br>Attn: Officer or Agent Authorized to Accept Service<br>202A Halls Mill Road – 2E<br>Whitehouse Station, NJ  08889 | Pax Tag & Label<br>Attn: Officer or Agent Authorized to Accept Service<br>9528 East Rush Street<br>South El Monte, CA  91733-1551 | Robert Truax<br>8700 Ridge Ponds Dr<br>Victoria, MN  55386 |
| Sampler Stores, Inc. (dba Rally House)<br>Attn: Officer or Agent Authorized to Accept Service<br>9750 Quivira Road<br>Leneya, KS  66215 | South Dakota State University<br>Attn: Officer or Agent Authorized to Accept Service<br>940 Admin. Lane<br>Administrative Building<br>Box 220<br>Brookings, SD  57007-2398 | Specialty Retailers, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>2425 West Loop S<br>Houston, TX  77027 |

| | | |
|---|---|---|
| SPS<br>Attn: Officer or Agent Authorized to Accept Service<br>P.O. Box 205782<br>Dallas, TX  75320-5782 | Star Garments<br>Attn: Nasser Sheikh or Officer or Agent Authorized to Accept Service<br>11601 Shadow Creek Pky., Unit 111-524<br>Pearland, TX  77584 | Stephanie Chaffee<br>1011 Moonbeam Rd<br>Hudson, WI  54016 |
| Steve Shatt<br>1321 Fiddleneck St<br>Fort Worth, TX  76177 | Swizznet<br>Attn: Officer or Agent Authorized to Accept Service<br>400 Chesterfield Center Suite 413<br>Chesterfield, MO  63017 | Target Corporation<br>Attn: Officer or Agent Authorized to Accept Service<br>7000 Target Parkway, NCF-0324<br>Brooklyn Park, MN  55445 |
| Terrance Cullen<br>853 Lincoln Ave<br>St. Paul, MN  55105 | THA 3 International<br>Attn.: Tariq Khan<br>A-56 punjabi sudagran society<br>Scheme 33<br>Gulzar e Hijri<br>Karachi<br>Pakistan | The University of Iowa<br>Attn: Officer or Agent Authorized to Accept Service<br>310 KHF<br>Iowa City, IA  55242 |
| Tim Greeley<br>4232 Lynn Avenue<br>Edina, MN  55416 | Tori Breunig<br>18936 Huntley Trail<br>Lakeville, MN  55044 | U.S. Bank National Association<br>dba Elan Financial Services<br>Attn: Officer or Agent Authorized to Accept Service<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO  63166-0108 |
| US Licensing Company<br>Attn: Officer or Agent Authorized to Accept Service<br>4865 51st Ave S<br>Fargo, ND  58104-6031 | Internal Revenue Service Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | UPS<br>Attn: Officer or Agent Authorized to Accept Service<br>28013 Network Place<br>Chicago, IL  60673-1280 |

| | | |
|---|---|---|
| VeriQuality Inspection Service Co. Ltd.<br>Room 620, Building #67 Juyuan Creative Plaza No. 618 Jinshan Avenue, Cangshan District<br>Fuzhou City 350002<br>China | Wal-Mart Stores, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>702 SW 8th Street<br>Bentonville, AR  72716 | Warren Green<br>95 SW 96th Avenue<br>Plantain, FL  33324 |
| World Wrestling Entertainment, Inc.<br>Attn: Officer or Agent Authorized to Accept Service<br>1241 East Main Street<br>Stamford, CT  06902 | Xtreme Apparel<br>Attn.: Officer or Agent Authorized to Accept Service<br>21018 N. 22nd Street<br>Phoenix, AZ  85024-5505 | Zhangjiagang Infinite Trading Co., LTD<br>Attention: Kenny Wang<br>Room A1612, Puyue Plaza A<br>Yangshe Town<br>Zhangjiangagang City<br>Jiangsu Province, China |
| United States Attorney<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415-3070 | Minnesota Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64447<br>Saint Paul, MN  55164-0447 | |

Executed on: April 23, 2021    Signed: */s/ Linda Marie Smith*
Linda Marie Smith
Fabyanske, Westra, Hart & Thomson, P.A.
333 South Seventh Street
Suite 2600
Minneapolis, MN  55402
Telephone: 612-359-7600
Facsimile:  612-359-7602

Active\086972\003\5814799.v1