**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11, Subchapter V |
| Debtor. | |

## UNSWORN CERTIFICATE OF SERVICE

I, Linda Marie Smith, declare under penalty of perjury that on April 26, 2021, I served a copy of the attached:

Notice of Hearing Omnibus Motion of Debtor Objecting to Certain Proofs of Claim (Late-Filed Claim and Insufficient Documentation Claim (Claim Nos. 6, 12 and 15) and Memorandum of Law

by mailing via first class U.S. Mail, with sufficient postage affixed, to the entities stated below, at the addresses listed below:

| | |
|---|---|
| Target Corporation<br>7000 Target Parkway, NCF-0324<br>Brooklyn Park, MN  55445 | Dallas Cowboys Merchandising, Ltd.<br>Michael D. Warner, Esq.<br>Cole Schotz P.C.<br>301 Commerce Street, Ste. 1700<br>Fort Worth, TX  76102 |
| FedEx Corporate Services, Inc., as Assignee of FedEx Express/Ground/Freight/Office<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN  38116-5017 | Comet Clothing Company, LLC<br>6117 Blue Circle Drive, Ste. 100<br>Minnetonka, MN  55343 |
| Sarah J. Wencil<br>Office of the U.S. Trustee Region 12<br>300 S. Fourth Street, Ste. 1015<br>Minneapolis, MN  55415 | |

Executed on: April 27, 2021     Signed: */s/ Linda Marie Smith*
                                Linda Marie Smith
                                Fabyanske, Westra, Hart & Thomson, P.A.
                                333 South Seventh Street
                                Suite 2600
                                Minneapolis, MN  55402
                                Telephone: 612-359-7600

Active\086972\003\5816369.v1

Facsimile:  612-359-7602

Active\086972\003\5816369.v1