**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11, Subchapter V |
| Debtor. | |

### UNSWORN CERTIFICATE OF SERVICE

I, Linda Marie Smith, declare under penalty of perjury that on April 26, 2021, I served a copy of the attached:

Notice of Hearing and Motion of Debtor Objecting to the Claim of Choice Financial Group (Claim No. 5) and Memorandum of Law

by mailing via first class U.S. Mail, with sufficient postage affixed, to the entities listed below, at the addresses indicated below:

Choice Bank – Cristen Purdy
6210 Wayzata Blvd.
Golden Valley, MN  55416

Comet Clothing Company, LLC
6117 Blue Circle Drive, Ste. 100
Minnetonka, MN  55343

Sarah J. Wencil
Office of the U.S. Trustee Region 12
300 S. Fourth Street, Ste. 1015
Minneapolis, MN  55415

Executed on: April 27, 2021        Signed: */s/ Linda Marie Smith*
Linda Marie Smith
Fabyanske, Westra, Hart & Thomson, P.A.
333 South Seventh Street
Suite 2600
Minneapolis, MN  55402
Telephone: 612-359-7600
Facsimile:  612-359-7602