**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No. 20-41592 |
| The Comet Clothing Company, LLC, | Chapter 11, Subchapter V |
| Debtor. | |

## UNSWORN CERTIFICATE OF SERVICE

I, Linda Marie Smith, declare under penalty of perjury that on April 26, 2021, I served a copy of the attached:

Notice of Hearing and Motion of Debtor Objecting to the Claim of Kmart Holding Corporation (Claim No. 10) and Memorandum of Law

by mailing via first class U.S. Mail, with sufficient postage affixed, to the entities listed below, at the addresses indicated below:

Kmart Holding Corporation
Steven J. Reisman, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Comet Clothing Company, LLC
6117 Blue Circle Drive, Ste. 100
Minnetonka, MN  55343

Sarah J. Wencil
Office of the U.S. Trustee Region 12
300 S. Fourth Street, Ste. 1015
Minneapolis, MN  55415

Executed on: April 27, 2021        Signed: */s/ Linda Marie Smith*
                                            Linda Marie Smith
                                            Fabyanske, Westra, Hart & Thomson, P.A.
                                            333 South Seventh Street
                                            Suite 2600
                                            Minneapolis, MN  55402
                                            Telephone: 612-359-7600
                                            Facsimile:  612-359-7602